UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRENDA KOEHLER

  Plaintiff,

vs.                      Case No. 2:13-cv-00885

INFOSYS TECHNOLOGIES LIMITED
INCORPORATED, D/B/A
INFOSYS LIMITED

  Defendant.

---

## DISCLOSURE STATEMENT
---

  The undersigned, counsel of record for Plaintiff Brenda Koehler, furnishes the following list in compliance with Civil L. R. 7.1and Fed. R. Civ. P. 7.1:

  **Represented Parties**

    Brenda Koehler (Plaintiff)

  **Law Firms Appearing or Expected to Appear**

    Peterson, Berk & Cross, S.C.; Kotchen & Low LLP; V.K. Vandaveer, P.L.L.C.

Respectfully submitted this 1st day of August, 2013.

            Attorneys for Plaintiff

            s/Michael F. Brown
            Michael F. Brown
            WI Bar No. 1041753
            PETERSON, BERK, & CROSS, S.C.
            200 E. College Ave.
            Appleton, WI 54912
            920-831-0300, 920-831-0165 (fax)
            mbrown@pbclaw.com

*Of Counsel* (applications for admission forthcoming)

Robert A. Klinck
Daniel A. Kotchen
KOTCHEN & LOW LLP
2300 M Street, NW
Suite 800
Washington, DC 20037
(202) 416-1848
(202) 280-1128 (fax)
dkotchen@kotchen.com
dlow@kotchen.com

Vonda K. Vandaveer
V.K. Vandaveer, P.L.L.C.
P.O. Box 27317
Washington, DC 20038-7317
202-340-1215
202-521-0599 (fax)
atty@vkvlaw.com