# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA KOEHLER,<br>KELLY PARKER,<br>LAYLA BOLTEN &<br>GREGORY HANDLOSER<br><br>      Plaintiffs,<br><br>v.<br><br>INFOSYS TECHNOLOGIES LIMITED INC., and INFOSYS PUBLIC SERVICES, INC.<br><br>      Defendants. | Case No. 2:13-cv-885<br><br>Hon. Pamela Pepper |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Andrew L. Scroggins hereby withdraws his appearance as attorney of record for Defendants in the above-captioned matter. Sari M. Alamuddin and Rita Srivastava of Morgan, Lewis & Bockius LLP will continue to represent Defendants.

                                            Respectfully submitted,

                                            MORGAN, LEWIS & BOCKIUS LLP

                                            By:    /s/ Rita Srivastava

Sari M. Alamuddin
Rita Srivastava
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Fifth Floor
Chicago, IL 60601
(312) 324-1000
salamuddin@morganlewis.com
rsrivastava@morganlewis.com

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL was served via the Court's CM/ECF system on:

Michael F. Brown
Peterson, Berk & Cross S.C.
200 E. College Ave.
Appleton, WI 54912
Phone: 920-830-0300
Fax: 920-831-0165
mbrown@pbclaw.com

Vonda K. Vandaveer
V.K. Vandaveer, P.L.L.C.
P.O. Box 27317
Washington DC 20038-7317
Phone: 202-340-1215
Fax: 202-521-0599
atty@vkvlaw.com

Robert A. Klinck
Daniel A. Kotchen
Kotchen & Low LLP
2300 M Street, NW
Suite 800
Washington DC 20037
Phone: 202-416-1848
Fax: 202-280-1128
dkotchen@kotchen.com
dlow@kotchen.com

on March 27, 2015.

/s/ Rita Srivastava

DB1/ 82533430.1