# Exhibit 66

| From: | V.A.Saravanan <va_saravanan@infosys.com> |
|---|---|
| Sent: | Tuesday, April 24, 2012 12:14 PM |
| To: | Anand Tomar <Anand_Tomar@infosys.com>; Aamir Siddiqui <Aamir_Siddiqui@infosys.com> |
| Cc: | Ganapathi Raju Kovvuru <Ganapathi_K@infosys.com>; Giridhar Thoranagallu <Giridhar_T@infosys.com>; Vishwanath Aliwada <Vishwanath_A@infosys.com> |
| Subject: | FW: Evaluation summary - Brenda Kohler |
| Attach: | Brenda Koehler - 04242012.xls |

FYA please ...

Please provide more resumes for all the technologies and request you to schedule interviews as we are hitting VMs for many of the candidates directly. I have called three of the candidates myself and I was able to reach VMs for two of them.

We haven't got any resume for UDB DB2. Please do the needful.


Regards,

Saravanan V A  (VAS)
**Infosys Technologies Limited**
Milwaukee, WI - 53221. USA.
**Direct:** +1-(414)-524-2632
**Mobile:** +1-**(972)-896-3550**
**Email**: va_saravanan@infosys.com
Visit us @ www.infosys.com

**From:** Amol Prabhakar Vyawahare
**Sent:** Tuesday, April 24, 2012 11:13 AM
**To:** V.A.Saravanan; Nitin Janardan Hujare; Ganapathi Raju Kovvuru
**Subject:** Evaluation summary - Brenda Kohler

Hi Saravanan,

Me and Nitin interviewed Brenda, however she was lacking in average and advanced technical fundamentals. I have provided more detials in evaluation sheet.
She is rejected at technical level.

----------------------------------------------------------------------------------------
Thanks and Regards,
Amol Vyawahare,
Lead Consultant - IMS,
Infosys Technologies Limited,
@ Client location in Bay area
Email - amol_vyawahare@infosys.com

**From:** V.A.Saravanan
**Sent:** Tuesday, April 24, 2012 9:42 AM
**To:** Amol Prabhakar Vyawahare; Nitin Janardan Hujare; Ganapathi Raju Kovvuru
**Subject:** Please evaluate these Windows candidates for Harley ...

Dear Amol, Nitin & Raju

As per our discussions, we need to evaluate these 5 candidates based on your / candidates convenience and provide your feedback ASAP. I will try to schedule interviews and share the invites with you as well. Please take some time out of your busy schedule and evaluate these candidates.

| Client | Skill Set | Name of the candidate | Resume Shared DT | Current Status | R1 Feedback Received DT | R2 Feedback Received DT | Candidate Primary # | Comments |
|---|---|---|---|---|---|---|---|---|
| Harley | Windows & VMWare Admin | ███████ | 23 Apr 2012 | R1-TBS | | | ███████ | |
| Harley | Windows & VMWare Admin | ███████ | 23 Apr 2012 | R1-Scheduled | | | ███████ | |
| Harley | Windows & VMWare Admin | ███████ | 23 Apr 2012 | R1-TBS | | | ███████ | |
| Harley | Windows & VMWare Admin | Brenda Koehler | 23 Apr 2012 | R1-Scheduled | | | 414-312-7730 | [Raju]..Candidate not reachable |
| Harley | Windows & VMWare Admin | ███████ | 21 Apr 2012 | R1-TBS | | | ███████ | |

Regards,

Saravanan V A  (VAS) | **Infosys Limited** | Milwaukee, WI - 53221. USA | **Direct:** +1-(414)-524-2632 | **Mobile:** +1-**(972)-896-3550** | **Email**: va_saravanan@infosys.com | Visit us @ www.infosys.com

Infosys   Building
Tomorrow's Enterprise



INFOSYS0001224