UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA KOEHLER,<br>KELLY PARKER,<br>LAYLA BOLTEN &<br>GREGORY HANDLOSER<br><br>        Plaintiffs,<br><br>v.<br><br>INFOSYS TECHNOLOGIES LIMITED,<br>INC., and INFOSYS PUBLIC SERVICES,<br>INC.<br><br>        Defendants. | Case No. 2:13-cv-885-PP |

## DEFENDANTS' MOTION FOR ORAL ARGUMENTS ON PENDING MOTIONS

Pursuant to Civil Local Rule 7(e), Defendants Infosys Technologies Limited, Inc. and Infosys Public Services, Inc. (collectively, "Defendants" or "Infosys"), by and through counsel, respectfully move this Court to schedule oral argument for the four pending motions in this case. In support of this Motion, Defendants state as follows:

1. The following motions are currently pending before this Court:

    a. Plaintiffs' Motion for Partial Summary Judgment (Dkt. 77), filed September 23, 2016;

    b. Defendants' Motion for Summary Judgment (Dkt. 78), filed September 23, 2016;

    c. Plaintiffs' Motion for Class Certification (Dkt. 81), filed September 24, 2016; and

    d. Defendants' Motion to Exclude the Expert Opinion of David Neumark (Dkt. 97), filed December 19, 2016.

1

2. These motions have been thoroughly briefed and are pending disposition by this Court. Over 2,000 pages of briefing and evidence have been filed in support of or in opposition to these motions.

3. Oral argument will provide a forum where the parties can answer any clarifying questions the Court may have regarding the voluminous written materials submitted to the court. *See, e.g.*, *RMS of Wisc., Inc. v. S-K JV*, 2016 U.S. Dist. LEXIS 54214, at *14 (E.D. Wisc. Apr. 22, 2016) (concluding a hearing would be "useful" in determining the reliability of a challenged expert report); *Eve v. Sandoz Pharm. Corp.*, 2001 U.S. Dist. LEXIS 4531, at *44–46 (S.D. Ind. Mar. 7, 2001) ("[T]he court finds that a *Daubert* hearing would aid the court [because it] . . . would allow the court to ask clarifying questions in order to better interpret the vast amount of materials presented . . . .").

4. Defendants recommend that oral argument on the four motions be combined, and estimate approximately three hours per side will be adequate.

5. Defendants are willing to make their expert witness(es) available for questioning by counsel or the Court during the hearing in order to answer any additional questions the Court may have regarding the material contained in the expert reports.

6. Defendants can be available for oral argument on a date and time set at the Court's convenience, and pursuant to this Court's Tip VI(B), request a court reporter be present at the oral argument.

7. Pursuant to this Court's stated preferences, a proposed order has been contemporaneously submitted to the Court's proposed orders e-mail box.

WHEREFORE, Infosys respectfully requests that the Court grant this motion and set the pending motions for oral argument.

2
US.114174743.01
Case 2:13-cv-00885-PP-DEJ   Filed 12/06/17   Page 2 of 4   Document 151

Date: December 6, 2017

Respectfully submitted,

FAEGRE BAKER DANIELS LLP

/s/ Ellen E. Boshkoff
Ellen E. Boshkoff
Rozlyn M. Fulgoni-Britton
FAEGRE BAKER DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204
(317) 237-0300
(317) 237-1000 (fax)
ellen.boshkoff@FaegreBD.com
rozlyn.fulgoni-britton@FaegreBD.com

George A. Stohner
Gregory P. Abrams
Lindsey M. Hogan
FAEGRE BAKER DANIELS LLP
311 S. Wacker Drive, Suite 4400
Chicago, IL  60606
(312) 212-6500
(312) 212-6501 (fax)
george.stohner@FaegreBD.com
gregory.abrams@FaegreBD.com
lindsey.hogan@FaegreBD.com

Dulaney Lucetta Pope
FAEGRE BAKER DANIELS LLP
202 S Michigan Street, Suite 1400
South Bend, IN  46601
574-234-4149
574-239-1900 (fax)
lucetta.pope@FaegreBD.com

Samantha M. Rollins
FAEGRE BAKER DANIELS LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
(515) 447-4726
(515) 248-9010 (fax)
samantha.rollins@FaegreBD.com

Attorneys for Defendants, Infosys Technologies Limited, Inc. and Infosys Public Services, Inc.

## **CERTIFICATION REGARDING MEMORANDUM**

Pursuant to Local Rule 7(a)(2), Defendants certify that the grounds for this motion are fully stated above and that no memorandum or other supporting papers will be filed.

/s/ Ellen E. Boshkoff

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system on December 6, 2017.

Daniel A Kotchen
dkotchen@kotchen.com

Michael F Brown
mbrown@dvglawpartner.com

Michael J von Klemperer
mvonklemperer@kotchen.com

**Notice has been delivered by other means to:**

Vonda K. Vandaveer
VK Vandaveer PLLC
PO Box 27317
Washington, DC 20038-7317
atty@vkvlaw.com

/s/ Ellen E. Boshkoff