UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA KOEHLER,<br>KELLY PARKER,<br>LAYLA BOLTEN, and<br>GREGORY HANDLOSER<br><br>        *Plaintiffs*,<br> v.<br><br>INFOSYS TECHNOLOGIES LTD., INC., and INFOSYS PUBLIC SERVICES, INC.<br><br>        *Defendants*. | Case No. 2:13-cv-885 |

**PLAINTIFFS' MOTION FOR JOINDER OF DAVINA LINGUIST**

Pursuant to Federal Rules of Civil Procedure 21 and 20(a), Plaintiffs in the above captioned proceeding hereby move to join Davina Linguist as an Individual Plaintiff in this action. In the alternative, and out of an abundance of caution, Plaintiffs move to amend the complaint to join Ms. Linguist under Federal Rule of Civil Procedure 15(a)(2). Plaintiffs' Proposed Third Amended Complaint, incorporating Ms. Linguist's individual retaliation claims, accompanies this motion as Exhibit A. For the reasons set forth in the accompanying memorandum, and in the interests of justice, Plaintiffs respectfully request that the Court grant this motion, order Ms. Linguist joined to this action, and permit Plaintiffs to file the proposed Third Amended Complaint.

Date: May 13, 2018                            /s/Daniel A. Kotchen
                                              Daniel A. Kotchen
                                              Daniel Low
                                              Michael van Klemperer
                                              Lindsey Grunert
                                              KOTCHEN & LOW LLP
                                              1745 Kalorama Road NW, Suite 101
                                              Washington, DC 20009
                                              (202) 471-1995
                                              (202) 280-1128 (Fax)
                                              dkotchen@kotchen.com
                                              dlow@kotchen.com
                                              mvk@kotchen.com
                                              lgrunert@kotchen.com

                                              *Attorneys for Plaintiffs*

2
Case 2:13-cv-00885-PP-DEJ   Filed 05/13/18   Page 2 of 3   Document 157

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.


Dated: May 13, 2018                                                /s/Daniel Kotchen
                                                                                  Daniel Kotchen