UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA KOEHLER,<br>KELLY PARKER,<br>LAYLA BOLTEN and<br>GREGORY HANDLOSER,<br>      Plaintiffs,<br><br>v.<br><br>INFOSYS TECHNOLOGIES LIMITED, INC.,<br>and INFOSYS PUBLIC SERVICES, INC.<br>      Defendants. | Case No. 2:13-cv-885-PP-DEJ |

## NOTICE OF CHANGE OF ADDRESS

Vonda K. Vandaveer, co-counsel for Plaintiffs Koehler et al, hereby notifies the Court and parties of her new address effective immediately:

V.K. Vandaveer PLLC
5290 Dublin Place
Dulles, VA 20189-5289

Date: December 27, 2019

                                          Respectfully submitted,

                                          V.K. Vandaveer, PLLC

                                          *s/ Vonda K. Vandaveer*
                                          Vonda K. Vandaveer
                                          V.K. Vandaveer, PLLC
                                          5290 Dublin Place
                                          Dulles, VA 20189-5289
                                          (202) 294-4802
                                          vonda@vkvlaw.com

                                          *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December, 2019, a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS was served on all counsel of record by electronic service through the Clerk of the Court's e-filing system.

Ellen E. Boshkoff
*ellen.boshkoff@FaegreBD.com*

George A. Stohner
*george.stohner@FaegreBD.com*

Gregory P. Abrams
*gregory.abrams@FaegreBD.com*

Lindsey M. Hogan
*lindsey.hogan@ FaegreBD.com*

Samantha M. Rollins
*samantha.rollins@ FaegreBD.com*

Dulany Lucetta Pope
*lucetta.pope@FaegreBD.com*

Daniel A. Kotchen
*dkotchen@kotchen.com*

Michael F. Brown
*mbrown@dvglawpartner.com*

Michael J. von Klemperer
*mvonklemperer@kotchen.com*

Lindsey M. Grunert
*lgrunert@kotchen.com*

Daniel L. Low
*dlow@kotchen.com*

            *s/ Vonda K. Vandaveer*
            Vonda K. Vandaveer