# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRENDA KOEHLER, <br> KELLY PARKER, <br> LAYLA BOLTEN, <br> & <br> GREGORY HANDLOSER <br><br> Plaintiffs, <br><br> v. <br><br> INFOSYS TECHNOLOGIES LIMITED INC., and INFOSYS PUBLIC SERVICES, INC. <br><br> Defendants. | Civil Action No. 2:13-cv-885-PP-DEJ |

## MOTION TO WITHDRAW APPEARANCE OF MICHAEL VON KLEMPERER AS COUNSEL FOR PLAINTIFFS

Michael von Klemperer of Kotchen & Low LLP hereby moves to withdraw his appearance on behalf of Plaintiffs in this matter. Mr. von Klemperer is leaving Kotchen & Low. Daniel Kotchen, Daniel Low, and Lindsey Grunert will continue to represent Plaintiffs. Accordingly, Mr. von Klemperer's withdrawal will cause no delay or otherwise prejudice the case.

Dated February 7, 2020    Respectfully submitted,

/s/Michael von Klemperer
Daniel A. Kotchen
Daniel L. Low
Michael J. von Klemperer
Lindsey Grunert
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009
(202) 471-1995
(202) 280-1128 (Fax)
dkotchen@kotchen.com
dlow@kotchen.com
mvk@kotchen.com
lgrunert@kotchen.com

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record by electronic service through the Clerk of the Court's CM/ECF filing system.


Dated: February 7, 2020 /s/Michael von Klemperer
Michael von Klemperer