# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **BRENDA KOEHLER,**<br>**KELLY PARKER,**<br>**LAYLA BOLTEN &**<br>**GREGORY HANDLOSER**<br><br>          **Plaintiffs,**<br><br>v.<br><br>**INFOSYS TECHNOLOGIES LIMITED,**<br>**INC., and INFOSYS PUBLIC SERVICES,**<br>**INC.**<br><br>          **Defendants.** | **Case No. 2:13-cv-885-PP** |

## JOINT MOTION FOR STATUS CONFERENCE

Plaintiffs Brenda Koehler, Kelly Parker, Layla Bolten, and Gregory Handloser, and Defendants Infosys Technologies Limited, Inc. and Infosys Public Services, Inc. hereby jointly move the Court to set a telephonic status conference regarding the above-captioned matter. In support of their Motion, the Parties state as follows:

1. The following motions are fully briefed and are pending before the Court:

   - Defendants' Motion for Summary Judgment (ECF No. 78)
   - Plaintiffs' Motion for Class Certification (ECF No. 81)
   - Plaintiffs' Partial Motion for Summary Judgment (ECF No. 86)
   - Defendants' Motion to Exclude the Expert Opinion of David Neumark (ECF No. 97).

2. The Court held oral argument on Defendants' Motion to Exclude the Expert Opinion of David Neumark (ECF No. 97) on June 11, 2020. (ECF No 196).

1

US.135627961.02

Case 2:13-cv-00885-PP   Filed 12/09/21   Page 1 of 3   Document 202

3. The Parties have conferred and agree that they will be unable to make any meaningful progress advancing this case (including discussing any potential resolution) until some of the foregoing motions have been decided.

4. The Parties respectfully request a joint telephonic status conference to discuss the status of this case, including whether there is anything the Parties can do to facilitate the Court's consideration of the pending matters.

Date: December 9, 2021

Respectfully submitted,

KOTCHEN & LOW LLP

*/s/ Daniel A. Kotchen (with permission)*
Daniel A. Kotchen
Daniel L. Low
Lindsey Grunert
KOTCHEN & LOW LLP
1918 New Hampshire Avenue, N.W.
Washington, D.C. 20009
(202) 468-4014
(202) 280-1129 (fax)
dkotchen@kotchen.com
dlow@kotchen.com
lgrunert@kotchen.com

Attorneys for Plaintiffs

Date: December 9, 2021

Respectfully submitted,

FAEGRE DRINKER BIDDLE & REATH LLP

*/s/ Ellen E. Boshkoff*
Ellen E. Boshkoff
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
(317) 237-0300
(317) 237-1000 (fax)
ellen.boshkoff@faegredrinker.com

2

Gregory P. Abrams
Lindsey M. Hogan
FAEGRE DRINKER BIDDLE & REATH LLP
311 S. Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 212-6500
(312) 212-6501 (fax)
gregory.abrams@faegredrinker.com
lindsey.hogan@faegredrinker.com

Dulany Lucetta Pope
FAEGRE DRINKER BIDDLE & REATH LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
(574) 323-8889
(303) 607-3600 (fax)
lucetta.pope@faegredrinker.com

Samantha M. Rollins
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 766-7000
(612) 766-1600 (fax)
samantha.rollins@faegredrinker.com

Attorneys for Defendants, Infosys Technologies Limited, Inc. and Infosys Public Services, Inc.

3