UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

DATE:            December 22, 2022
JUDGE:           Pamela Pepper
CASE NO:         2013-cv-885
CASE NAME:  Brenda Koehler, *et al.* v. Infosys Technologies Limited Incorporated
NATURE OF HEARING:        Oral ruling
APPEARANCES:              Daniel Kotchen – Attorney for the plaintiffs
                         Linsey Grunert – Attorney for the plaintiffs
                         Samantha Rollins – Attorney for the defendant
                         Cheryl Orr – Attorney for the defendant
COURTROOM DEPUTY:     Kristine Wrobel
TIME:            10:02 a.m. – 11:01 a.m.

## AUDIO OF THIS HEARING AT DKT. NO. 212

The court noted at the November 10, 2022 hearing, the court had indicated it would give the parties a decision on the plaintiff's oral requests to reopen discovery in order to name a new expert and to allow follow-on discovery into information produced by the defendants after the close of discovery. The court had scheduled today's hearing to give the parties that oral ruling.

After recounting a chronology of events, the court told the parties that it was denying the plaintiffs' request to reopen discovery to name a new expert and conduct follow-on discovery. The court further denied the plaintiffs' request to revise their response to the defendants' motion for summary judgment.

The court will rule on the defendants' motion for summary judgment as to the individual defendants and schedule any further proceedings accordingly.

The court advised the parties that it would put the recording of the oral ruling on the docket and that they could listen to it from their own computers. It explained that if they wanted the recording on a thumb drive, they could contact the clerk's office and make that request. If the parties wanted a transcript of the oral ruling, they could find a transcript order form on the court's web site.

For the reasons stated on the record, the court **DENIES** the plaintiffs' oral request to reopen discovery so that they can name a new expert.

The court **DENIES** the plaintiffs' oral request to re-open discovery to allow follow-on discovery into information produced by the defendants after the close of discovery.

The court **DENIES** the plaintiff's oral request to revise their response to

1

the defendants' motion for summary judgment.

Dated in Milwaukee, Wisconsin this 22nd day of December, 2022.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

2