UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Court Minutes and Order

DATE: June 24, 2025
JUDGE: Pamela Pepper
CASE NO: 2013-cv-885
CASE NAME: Brenda Koehler, et al. v. Infosys Technologies Limited Incorporated
NATURE OF HEARING: Defendant's motion for summary judgment
APPEARANCES: Daniel Kotchen – Attorney for the plaintiffs
Lindsey Grunert – Attorney for the plaintiffs
Cheryl Orr – Attorney for the defendant
Samantha Murphy – Attorney for the defendant
COURTROOM DEPUTY: Kristine Wrobel
TIME: 10:04 a.m. – 12:04 p.m.

**AUDIO OF THIS HEARING AT DKT. NO. 216**

The court apologized for the time it had taken to address the motion. The court explained it did not need further argument from the parties and that it was prepared to issue an oral ruling.

The court explained that it would post the recording of today's hearing on the docket, and that it would explain at the end of the hearing how the parties could obtain a copy of the recording on a thumb drive or order a transcript. The court then issued a detailed oral ruling, granting Infosys Technologies Limited Incorporated's motion for summary judgment and explaining its reasoning for doing so.

At the end of the ruling, the court advised the parties that it would put the recording of the ruling on the docket, and they could listen to it from their own computers. It explained that if they wanted the recording on a thumb drive, they could contact the clerk's office and make that request. If the parties wanted a transcript of the hearing and oral ruling, they could find a transcript order form on the court's website.

Defense counsel disclosed to the court that on June 5, 2025, the U.S. Supreme Court had issued a decision in Ames v. Ohio Dep't of Youth Servs., 145 S. Ct. 1540, 1547–48 (2025), discrediting the "background circumstances" doctrine. Counsel explained that although she did not think that decision would impact the court's ruling in this case, she was obligated as an officer of the court to disclose it.

The court advised the parties that it would review the Ames decision; if it wanted to have the parties brief any issues further it would let the parties know. The court stated that if the parties reviewed the decision and felt that more briefing was necessary, they could make that request.

For reasons stated in detail on the record, the court **GRANTS** Infosys Technologies Limited Incorporated's motion for summary judgment. Dkt. No. 78.

The court **ORDERS** that this case is **DISMISSED WITH PREJUDICE.**

The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 24th day of June, 2025.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**