UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRENDA KOEHLER, KELLY PARKER,
LAYLA BOLTEN and GREGORY HANDLOSER,

    Plaintiffs,

v.

INFOSYS TECHNOLOGIES LIMITED, INC.
and INFOSYS PUBLIC SERVICES, INC.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 13-cv-885-pp

---

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiffs' complaint is **DISMISSED**

    **THE COURT ORDERS** that the defendants' motion for summary judgment is **GRANTED**.

    **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

    Approved and dated in Milwaukee, Wisconsin this 30th day of June, 2025.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**

GINA M. COLLETTI
Clerk of Court

s/ *Cary Biskupic*
(by) Deputy Clerk