**Brenda Koehler, Kelly Parker, Layla Bolten and Gregory Handloser v. Infosys Technologies Limited, Inc. and Infosys Public Services, Inc.**

**Itemization of Costs**

| Date | Expense | Amount | Fees of the Clerk | Transcripts | Printing | Fees for Service | Witness Fees |
|---|---|---|---|---|---|---|---|
| 3/12/2015 | Admission Fee - U.S. District Court Eastern District of Wisconsin | 211.00 | 211.00 | | | | |
| 5/9/2016 | Stewart Richardson Deposition Services (Deposition of B. Koehler) | 1,481.67 | | 1,481.67 | | | |
| 5/9/2016 | Stewart Richardson Deposition Services (Videographer Fees of B. Koehler) | 268.80 | | 268.80 | | | |
| 5/13/2016 | Stewart Richardson Deposition Services (Deposition of G. Handloser) | 3,234.40 | | 3,234.40 | | | |
| 5/13/2016 | Stewart Richardson Deposition Services (Videographer Fees of G. Handloser) | 1,269.63 | | 1,269.63 | | | |
| 5/13/2016 | External Copying/Printing - George Stohner - Expense during Handloser deposition in Sarasota, FL, 05/13/2016 Bank ID: NWACH Check Number: 181029 | 45.52 | | | 45.52 | | |
| 5/17/2016 | Stewart Richardson Deposition Services (Deposition of L. Bolten) | 1,771.21 | | 1,771.21 | | | |
| 5/17/2016 | Stewart Richardson Deposition Services (Videographer Fees of L. Bolten) | 1,282.25 | | 1,282.25 | | | |
| 5/24/2016 | Stewart Richardson Deposition Services (Deposition of K. Parker) | 1,862.14 | | 1,862.14 | | | |
| 5/24/2016 | Stewart Richardson Deposition Services (Videographer Fees of K. Parker) | 1,243.75 | | 1,243.75 | | | |
| 5/31/2016 | Express Process Service, Inc. (Subpoena to SoftHQ, Inc.) | 175.00 | | | | 175.00 | |
| 6/24/2016 | TSG Reporting (Deposition of N. Kumar) | 827.25 | | 827.25 | | | |
| 7/12/2016 | Stewart Richardson Deposition Services (Appearance Fee S. Marrero) | 450.00 | | 450.00 | | | |
| 7/12/2016 | Stewart Richardson Deposition Services (Videographer Appearance Fee S. Marrero) | 881.25 | | 881.25 | | | |
| 7/22/2016 | TSG Reporting (Deposition of S. Singh) | 629.70 | | 629.70 | | | |
| 7/28/2016 | TSG Reporting (Deposition of M. Groves) | 956.45 | | 956.45 | | | |
| 8/3/2016 | Court Reporter/Transcript-Court Related Expense - Great Lakes Reporting, Inc. - Payment for hearing transcript | 194.00 | | 194.00 | | | |
| 8/4/2016 | Stewart Richardson Deposition Services (Videographer Fees for S. Marrero) | 1,055.25 | | 1,055.25 | | | |
| 8/4/2016 | Stewart Richardson Deposition Services (Deposition of S. Marrero) | 1,810.12 | | 1,810.12 | | | |
| 8/15/2016 | Stewart Richardson Deposition Services (Deposition of G. Handloser - Vol. II) | 1,802.22 | | 1,802.22 | | | |
| 8/15/2016 | Stewart Richardson Deposition Services (Videographer Fees of G. Handloser - Vol. II) | 813.50 | | 813.50 | | | |
| 8/24/2016 | Discovia (computer data export to hard drives - electronic data vendor support) | 250.00 | | 250.00 | | | |
| 9/1/2016 | TSG Reporting (Deposition of Md F. Halim) | 347.55 | | 347.55 | | | |
| 9/8/2016 | TSG Reporting (Deposition of K. Kulkarni) | 653.40 | | 653.40 | | | |
| 9/20/2016 | TSG Reporting (Deposition of L. Hawkins) | 971.50 | | 971.50 | | | |
| 9/21/2016 | Willette Court Reporting (Deposition of C. Henrichs) | 309.93 | | 309.93 | | | |
| 10/17/2016 | Stewart Richardson Deposition Services (Deposition of W. Gougler) | 1,081.60 | | 1,081.60 | | | |
| 10/24/2016 | Witness Fee for A. Danforth for appearance at deposition | 78.76 | | | | | 78.76 |
| 10/24/2016 | Witness Fee for D. Hickman for appearance at deposition | 73.58 | | | | | 73.58 |
| 10/24/2016 | Witness Fee for D. Linguist for appearance at deposition | 71.05 | | | | | 71.05 |
| 10/24/2016 | Witness Fee for K. Bell for appearance at deposition | 72.55 | | | | | 72.55 |
| 10/24/2016 | Witness Fee for R. Moyo for appearance at deposition | 54.95 | | | | | 54.95 |
| 10/26/2016 | Stewart Richardson Deposition Services (Deposition of D. Linguist) | 1,376.52 | | 1,376.52 | | | |
| 10/27/2016 | Stewart Richardson Deposition Services (Depositions of A. Danforth and D. Hickman) | 1,650.99 | | 1,650.99 | | | |
| 10/28/2016 | Stewart Richardson Deposition Services (Depositions of K. Bell and R. Moyo) | 744.60 | | 744.60 | | | |
| 11/7/2016 | Stewart Richardson Deposition Services (Deposition of D. Neumark) | 3,140.40 | | 3,140.40 | | | |
| 11/7/2016 | Stewart Richardson Deposition Services (Videographer Fees of D. Neumark) | 1,384.50 | | 1,384.50 | | | |
| 11/8/2016 | Witness Fee for Ryan Rebers for appearance at deposition | 64.84 | | | | | 64.84 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/11/2016 | Electronic Data Vendor Support - QDiscovery, LLC Document scanning, logical document breaking and coding of the Name, Position Applied For, date and handwritten information for the 24 applicant boxes. Bank ID: NW Check Number: 989967 | 10,443.29 | | | 10,443.29 | | |
| 11/11/2016 | Stewart Richardson Deposition Services (Deposition of R. Rebers) | 607.65 | | 607.65 | | | |
| 11/11/2016 | Witness Fee for W. Gougler for appearance at deposition | 64.73 | | | | | 64.73 |
| 11/18/2016 | Witness Fee for Coretta Roddey for appearance at deposition | 68.08 | | | | | 68.08 |
| 11/18/2016 | Barkley Court Reporters (Deposition of D. Neumark - Vol. II) | 560.75 | | 560.75 | | | |
| 11/30/2016 | Stewart Richardson Deposition Services (Deposition of C. Roddey) | 1,010.61 | | 1,010.61 | | | |
| 12/7/2016 | TSG Reporting (Deposition of Dr. J. Guryan) | 662.15 | | 662.15 | | | |
| 12/16/2016 | TSG Reporting (Deposition of B. Siskin) | 1,207.00 | | 1,207.00 | | | |
| 12/21/2016 | TSG Reporting (Deposition of P. Khatri) | 854.10 | | 854.10 | | | |
| 2/14/2017 | Legal Notices/Publications - Kristina Kendall - Purchase of Paper "Do Field Experiments on Labor and Housing Markets Overstate Discrimination? Re-Examination of the Evidence" by D. Neumark for E. Boshkoff, 10/20/2016 | 5.00 | | | | 5.00 | |
| 4/20/2017 | Electronic Data Vendor Support - Inventus LLC Export of the natives needed for the attachment production that will be done in the future Bank ID: NW Check Number: 990875 | 561.00 | | | 561.00 | | |
| 4/20/2017 | Electronic Data Vendor Support - Inventus LLC Processing documents for the Infosys-Koehler matter - Invoice INV026508 Bank ID: NW Check Number: 992111 | 227.00 | | | 227.00 | | |
| 5/30/2017 | Transcripts of Audio-Recorded Proceedings held on 5/27/16 and 2/10/17 | 111.00 | | 111.00 | | | |
| 6/30/2017 | Inventus LLC (outside vendor support for electronic data) | 334.25 | | | 334.25 | | |
| 9/20/2017 | Electronic Data Vendor Support - Inventus LLC Export of the native files Bank ID: NW Check Number: 997112 | 703.00 | | | 703.00 | | |
| 11/30/2017 | Court Reporter/Transcript-Court Related Expense - Sarah Goekler Transcript Bank ID: DSMWELLS Check Number: 12818 | 51.30 | | 51.30 | | | |
| 11/15/2020 | Trial Transcripts - Veritext LLC Copy of Transcript Bank ID: OPERIN Check Number: 547126 | 1,233.90 | | 1,233.90 | | | |
| 4/14/2023 | Court Reporter Service - Susan Armbruster - Hearing transcript of 12/22/2022 hearing Bank ID: NW Check Number: 1054738 | 180.25 | | 180.25 | | | |
| | **TOTAL:** | **53,476.89** | **211.00** | **40,223.29** | **12,314.06** | **180.00** | **548.54** |

# Vendor Check Request Form

## Client/Firm Investment Type

○ Client ◉ Group/Practice Area/Industry ○ Talent Services ○ Other (Administrative)

Currency ◉ $ U.S. ○ € Euro ○ £ GBP ○ ¥ CNY ○ Other

Amount 211.00

Nickname (a short description for this check request)

Payable To Name: Clerk, U.S. District Court

Payable to Address: 517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

Description of Expense
Admission fee to USDC E.D. Wis.

Requested By
Dulany Lucetta Pope

Location
South Bend

Timekeeper Number
10213

Date Requested
3/12/2015

Payment Is Required By
Other

Please describe:
Need to send from SB along with Appl...

## Group/Practice Area/Industry Expenses

| Group/Practice Area/Industry | Which Group/Practice Area/Industry? | Amount |
|---|---|---|
| Group/Practice Area | Business Litigation 110 | 211.00 |

Expense Category
Business Development and Marketing

Expense Account
Professional Dues/Meetings/Conference Participation 810490

Client Tag (if applicable)

## Finance Use Only

| Natural | Company Location | Department | Project | Budget Line | Timekeeper Number |
|---|---|---|---|---|---|
| 810490 | 100-150 | 110 | 000000 | 0000 | 10213 |

## Check Options

◉ On Demand Check ○ Vendor Check Contact Person: Alicia D. Cummins

Contact will be notified when check is available in Finance. **Finance will mail this check if this option is not selected.**

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

**Sign** **Date**

# Attorney Admissions

Attorney Admissions

**PROCEDURE FOR ADMISSION TO PRACTICE IN**

**EASTERN DISTRICT OF WISCONSIN**

To apply for admission to practice before the bar of this Court, submit the following:

1. A FULLY COMPLETED AND SIGNED APPLICATION

a. Please take the oath on the bottom of the application form before any officer or notary who is authorized to administer same, and have your signature notarized.

b. Please provide your firm's name, address and telephone number.

2. PROOF OF ELIGIBILITY

a. An original Certificate of Good Standing (dated within the last 90 days) from any court in which you have been admitted to practice;

OR

b. An affidavit (dated within the last 90 days) in support of your admission from an attorney who has already been admitted to practice before this Court.

3. $211 TO COVER OUR ADMISSION FEE

Please make checks payable to Clerk, U.S. District Court

Mailing Address:

United States District Court
517 East Wisconsin Avenue
Room 362
Milwaukee, WI 53202

**CERTIFICATE OF GOOD STANDING**

To request a Certificate of Good Standing from our Court to be used for Admission to another Court please send the following:

1) a letter request with the Attorney's name & bar number

2) check in the amount of $18.00 per certificate made payable to Clerk, US District Court

3) a self-addressed return stamped envelope

Requests are processed & mailed usual the same day they are received.

**FEDERAL GOVERNMENT ATTORNEYS**

Pursuant to General Local Rule 83(c)(2)(D) Any federal government attorney authorized by statute or regulation to appear in a United States district court is admitted to practice before this Court. If you want to become a registered e-filer in this court, click on the Link to Forms below and complete the ECF registration form.

Click 'Link to Forms' to download Attorney Admission Forms in PDF Format

Required Attorney Admission Forms:

Application for Admission

Attorney Admission Affidavit

Standards for Professional Conduct

The Following Attorney Admission Forms are Also Available:

Attorney Volunteer Card for Civil Cases *(Please return volunteer card to the Milwaukee address above)*

Civil Appointment Procedures

Criminal Appointment Application

**Link to Forms**

Close Window

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, June 06, 2016 8:11 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Stewart Richardson Deposition Services | 510618 | 184212 | 1,481.67 |
| Stewart Richardson Deposition Services | 510618 | 184224 | 1,145.25 |
| Stewart Richardson Deposition Services | 510618 | 184536 | 1,269.63 |
| | | | **3,896.55** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount 1,481.67

Nickname (a short description for this check request) Infosys/Koehler - Koehler Deposition

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Transcript of Brenda Koehler Deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 5/24/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number 506622 — Matter Number 000002 — Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,481.67 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** **Date**



# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184212 | 5/20/2016 | 108058 |

| Job Date | Case No. |
|---|---|
| 5/9/2016 | 2:13-CV-00885-PP-NJ |

**Case Name**

Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al

**Payment Terms**

Due upon receipt

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Brenda Koehler | 1,407.92 |
| Brenda Koehler - Linked Bundles | 73.75 |
| **TOTAL DUE >>>** | **$1,481.67** |
| AFTER 6/19/2016 PAY | $1,555.75 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 108058 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 184212 Invoice Date : 5/20/2016
**Total Due : $1,481.67**
AFTER 6/19/2016 PAY $1,555.75

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, June 06, 2016 8:11 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Stewart Richardson Deposition Services | 510618 | 184212 | 1,481.67 |
| Stewart Richardson Deposition Services | 510618 | 184224 | 1,145.25 |
| Stewart Richardson Deposition Services | 510618 | 184536 | 1,269.63 |
| | | | **3,896.55** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other Amount 1,145.25

Nickname (a short description for this check request) Infosys/Koehler - Koehler Deposition

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Videographer Fees for Brenda Koehler Deposition

| Requested By | | Location |
|---|---|---|
| Boshkoff, Ellen E. | | Indianapolis Downtown |
| **Timekeeper Number** | **Date Requested** | **Payment is Required By** |
| 10649 | 5/24/2016 | Invoice Due Date |

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,145.25 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** **Date**

# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184224 | 5/19/2016 | 108061 |
| Job Date | Case No. | |
| 5/9/2016 | 2:13-CV-00885-PP-NJ | |
| Case Name | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

VIDEOGRAPHER FEES:

| | |
|---|---|
| Brenda Koehler | 1,145.25 |
| **TOTAL DUE >>>** | **$1,145.25** |
| AFTER 6/18/2016 PAY | $1,202.51 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 108061 BU ID : VIDEO REFE
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 184224 Invoice Date : 5/19/2016
**Total Due : $1,145.25**
AFTER 6/18/2016 PAY $1,202.51

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, June 27, 2016 8:11 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Stewart Richardson Deposition Services | 511109 | 184418 | 3,234.40 |
| Stewart Richardson Deposition Services | 511109 | 184727 | 1,282.25 |
| Stewart Richardson Deposition Services | 511109 | 184742 | 1,771.21 |
| Stewart Richardson Deposition Services | 511109 | 184799 | 1,243.75 |
| | | | **7,531.61** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount 3,234.40

Nickname (a short description for this check request) Infosys/Koehler - Handloser Deposition

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Transcript of Gregory Handloser Deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 10649 | 6/6/2016 | Invoice Due Date |

## Client Expenses

Client Number 506622 — Matter Number 000002 — Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 3,234.40 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** **Date**

# INVOICE

StewartRichardson
Deposition Services
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184418 | 6/6/2016 | 108041 |
| **Job Date** | **Case No.** | |
| 5/13/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Gregory R. Handloser | 3,164.40 |
| Gregory R. Handloser - Linked Bundles | 70.00 |
| **TOTAL DUE >>>** | **$3,234.40** |
| AFTER 7/6/2016 PAY | $3,396.12 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 108041 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 184418 Invoice Date : 6/6/2016
**Total Due : $ 3,234.40**
AFTER 7/6/2016 PAY $3,396.12

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, June 06, 2016 8:11 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Stewart Richardson Deposition Services | 510618 | 184212 | 1,481.67 |
| Stewart Richardson Deposition Services | 510618 | 184224 | 1,145.25 |
| Stewart Richardson Deposition Services | 510618 | 184536 | 1,269.63 |
| | | | **3,896.55** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other    Amount 1,269.63

Nickname (a short description for this check request) Infosys/Koehler - Handloser Deposition

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Videographer Fees for Gregory Handloser Deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 6/2/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number 506622    Matter Number 000002    Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
| --- | --- |
| Court Reporter/Transcript - Depositions 001201 | 1,269.63 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check    Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign**    **Date**

# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184536 | 5/31/2016 | 108042 |
| Job Date | Case No. | |
| 5/13/2016 | 2:13-CV-00885-PP-NJ | |
| Case Name | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| Payment Terms | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

VIDEOGRAPHER FEES:

| | |
|---|---|
| Gregory Handloser | 1,269.63 |
| **TOTAL DUE >>>** | **$1,269.63** |
| AFTER 6/30/2016 PAY | $1,333.11 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 108042 BU ID : VIDEO REFE
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 184536 Invoice Date : 5/31/2016
**Total Due : $1,269.63**
AFTER 6/30/2016 PAY $1,333.11

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

**BLUE LINE** INC.
*Since 1964*

- Office Supplies
- Xerox, Blue Printing
- Drafting Equipment
- Large Document Color
- Surveying Equipment
- Color Copies

# INVOICE

301 CENTRAL AVENUE • SARASOTA, FLORIDA 34236
(941) 366-5300 • (800) 282-5858 • Fax (941) 954-4457

[illegible]

| SALESPERSON | DATE OF INVOICE |
|---|---|
| | 05/13/2016 |

TO:

FAEGRE BAKER DANIELS
300 N. MERIDIAN ST.
SUITE 200
INDIANAPOLIS, IN 46204

SHIP TO

300 N. MERIDIAN ST.
SUITE 200
INDIANAPOLIS, IN 46204

| JOB | ORDER DATE | CUSTOMER P.O. NO. | SALES ORDER NO. | SHIPPING INSTRUCTIONS |
|---|---|---|---|---|
| SCLAFANI WILLIAMS | 05/13/2015 | | | |

| QTY | U/M | PART # | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 748.0 | EACH | 101070 | 8.5X11 COPY ONE SIDE | 0.06 0% | 44.88 |
| 32.0 | [illegible] | [illegible] | PAPER STAPLING MACHINE | 0.02 0% | 0.64 |

| TERMS: American Exp. | All returns must be made within 7 days of delivery and must be in original box. Returns after 7 days are subject to a 15% restocking charge. | FREIGHT | 0.00 |
|---|---|---|---|
| | | TAX | 0.00 |
| | | TOTAL DUE | [illegible] |

BLUE LINE INC
301 CENTRAL AVE
SARASOTA FL 34236
941-366-5300

Terminal ID: 01202251 2325

5/13/16 1:40 PM

AMERICAN EXPRESS - MANUAL
ACCT #: ***********5005

CREDIT SALE
UID: 613418208970 REF #: 2150
BATCH #: 157 AUTH #: 101431

AMOUNT $45.52

APPROVED

CUSTOMER COPY

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, June 27, 2016 8:11 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Stewart Richardson Deposition Services | 511109 | 184418 | 3,234.40 |
| Stewart Richardson Deposition Services | 511109 | 184727 | 1,282.25 |
| Stewart Richardson Deposition Services | 511109 | 184742 | 1,771.21 |
| Stewart Richardson Deposition Services | 511109 | 184799 | 1,243.75 |
| | | | **7,531.61** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other    Amount 1,771.21

Nickname (a short description for this check request) Infosys/Koehler - Bolten Deposition

Payable To Name Stewart Richardson Deposition Services

Payable to Address One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Transcript of Layla Bolten Deposition

| Requested By | | Location |
|---|---|---|
| Boshkoff, Ellen E. | | Indianapolis Downtown |
| **Timekeeper Number** | **Date Requested** | **Payment is Required By** |
| 10649 | 6/22/2016 | Invoice Due Date |

## Client Expenses

Client Number 506622    Matter Number 000002    Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,771.21 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check    Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign**    **Date**

# INVOICE

StewartRichardson

800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184742 | 6/8/2016 | 108062 |
| **Job Date** | **Case No.** | |
| 5/17/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Layla Bolten | 1,691.21 |
| Layla Bolten - Linked Bundles | 80.00 |
| **TOTAL DUE >>>** | **$1,771.21** |
| AFTER 7/8/2016 PAY | $1,859.77 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO. Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 108062 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 184742 Invoice Date : 6/8/2016
**Total Due : $ 1,771.21**
AFTER 7/8/2016 PAY $1,859.77

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, June 27, 2016 8:11 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
| --- | --- | --- |
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
| --- | --- | --- | --- |
| Stewart Richardson Deposition Services | 511109 | 184418 | 3,234.40 |
| Stewart Richardson Deposition Services | 511109 | 184727 | 1,282.25 |
| Stewart Richardson Deposition Services | 511109 | 184742 | 1,771.21 |
| Stewart Richardson Deposition Services | 511109 | 184799 | 1,243.75 |
| | | | **7,531.61** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

◉Client ○Group/Practice Area/Industry ○Talent Services ○Other (Administrative)

Currency ◉$ U.S. ○€ Euro ○£ GBP ○¥ CNY ○Other — Amount 1,282.25

Nickname (a short description for this check request) Infosys/Koehler - Bolten Deposition

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Videographer Fees for Layla Bolten Deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 10649 | 6/6/2016 | Invoice Due Date |

## Client Expenses

Client Number 506622 — Matter Number 000002 — Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,282.25 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

○On Demand Check ◉Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

| **Sign** | **Date** |
|---|---|
| | |

# INVOICE

StewartRichardson
Deposition Services

800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184727 | 6/6/2016 | 108063 |
| **Job Date** | **Case No.** | |
| 5/17/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

VIDEOGRAPHER FEES:

| | |
|---|---|
| Layla Bolten | 1,282.25 |
| **TOTAL DUE >>>** | **$1,282.25** |
| AFTER 7/6/2016 PAY | $1,346.36 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 108063 BU ID : VIDEO REFE
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 184727 Invoice Date : 6/6/2016
**Total Due : $ 1,282.25**
AFTER 7/6/2016 PAY $1,346.36

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES – SEE BACK FOR DETAILS

VOID VOID VOID

**Faegre Baker Daniels LLP**
Operating - Indianapolis
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Phone 317-237-0300

J.P. Morgan Chase Bank, N.A.
Indianapolis, IN

56-1544
441

CHECK NO. 511480

CHECK DATE
07-14-16

CHECK AMOUNT

$1,862.14*****

ONE THOUSAND EIGHT HUNDRED SIXTY-TWO AND 14/100 Dollars

PAY TO THE ORDER OF

Stewart Richardson Deposition Services
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

HEAT SENSITIVE RUB AREA TO VERIFY

Lauri A. Schrader

VOID AFTER 180 DAYS

⑈511480⑈ [redacted]

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other Amount 1,862.14

Nickname (a short description for this check request) Infosys/Koehler - Parker Deposition

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense

Transcript of Kelly Parker Deposition

| Requested By | Location |
|---|---|
| Boshkoff, Ellen E. | Indianapolis Downtown |

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 10649 | 7/10/2016 | Invoice Due Date |

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,862.14 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If Immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

| Sign | Date |
|---|---|
| | |

StewartRichardson

DEPOSITION SERVICES

800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184751 | 6/13/2016 | 108631 |
| **Job Date** | **Case No.** | |
| 5/24/2016 | 2:13-CV-00885-PP-NJ | |

| Case Name |
|---|
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al |
| **Payment Terms** |
| Due upon receipt |

George A. Stohner
FAEGRE BAKER DANIELS LLP
1990 South Bundy Drive
Suite 620
Los Angeles CA 90025

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Kelly M. Parker | 1,800.89 |
| Kelly M. Parker - Linked Bundle | 61.25 |
| **TOTAL DUE >>>** | **$1,862.14** |
| AFTER 7/13/2016 PAY | $1,955.25 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO. Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

George A. Stohner
FAEGRE BAKER DANIELS LLP
1990 South Bundy Drive
Suite 620
Los Angeles CA 90025

Job No. : 108631 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 184751 Invoice Date : 6/13/2016
**Total Due : $ 1,862.14**
AFTER 7/13/2016 PAY $1,955.25

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, June 27, 2016 8:11 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Stewart Richardson Deposition Services | 511109 | 184418 | 3,234.40 |
| Stewart Richardson Deposition Services | 511109 | 184727 | 1,282.25 |
| Stewart Richardson Deposition Services | 511109 | 184742 | 1,771.21 |
| Stewart Richardson Deposition Services | 511109 | 184799 | 1,243.75 |
| | | | **7,531.61** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other    Amount 1,243.75

Nickname (a short description for this check request) Infosys/Koehler - Parker Deposition

Payable To Name Stewart Richardson Deposition Services

Payable to Address One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Videographer Fees for Kelly Parker Deposition

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

Timekeeper Number 10649

Date Requested 6/7/2016

Payment is Required By
Invoice Due Date

## Client Expenses

Client Number 506622    Matter Number 000002    Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,243.75 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check    Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign**    **Date**

# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 184799 | 6/7/2016 | 108632 |
| **Job Date** | **Case No.** | |
| 5/24/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

VIDEOGRAPHER FEES:

| | |
|---|---|
| Kelly Parker | 1,243.75 |
| **TOTAL DUE >>>** | **$1,243.75** |
| AFTER 7/7/2016 PAY | $1,305.94 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 108632 BU ID : VIDEO REFE
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 184799 Invoice Date : 6/7/2016
**Total Due : $ 1,243.75**
AFTER 7/7/2016 PAY $1,305.94

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

# Vendor Check Request Form

## Client/Firm Investment Type

(•) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (•) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other    Amount 175.00

Nickname (a short description for this check request)

Payable To Name: Express Process Service, Inc.

Payable to Address: 41 South Post Road
Indianapolis, IN 46219

Description of Expense

Process service of Subpoena to Produce on SoftHQ, Inc.

Requested By: Fulgoni-Britton, Rozlyn

Location: Indianapolis Downtown

Timekeeper Number: 17767

Date Requested: 6/3/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number: 506622    Matter Number: 000002    Client.Matter Number: 506622.000002

Client/Matter Name: Infosys/Brenda Koehler

| Cost Code | Amount |
|---|---|
| Process Server 001101 | 175.00 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (•) Vendor Check    Contact:

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#:

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign**    **Date**

50622.2

EXPRESS PROCESS SERVICE, INC.
41 South Post Road
Indianapolis, IN 46219
Phone: (317) 890-1055
Fax: (317) 890-1083
Tax Id: [redacted]

# INVOICE

Invoice #CRT-2016001397
5/31/2016

Penny L Szolis
Faegre Baker Daniels LLP
300 N Meridian St
Suite 2700
Indianapolis, IN 46204

**Case Number: Eastern 2:13-CV-885**

Plaintiff:
**Brenda Koehler, et.al.**

Defendant:
**Infosys Technologies Limited, Inc., et.al.**

Received: 5/12/2016 Served: 5/12/2016 1:31 pm CORPORATE
To be served on: SoftHQ, Inc.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Out-of-State | 1.00 | 125.00 | 125.00 |
| Same Day Fee | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $175.00 |
| **BALANCE DUE:** | | | **$175.00** |

Please Reference Our Invoice Number On Your Check. We Accept Mastercard, American Express And Visa (5% fee).
Accounts over 30 days are subject to 1.5% monthly (18%) APR, collection costs & attorney fee's.



Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, August 15, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
| --- | --- | --- |
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
| --- | --- | --- | --- |
| Connor Reporting | 512146 | 49233 | 1,610.00 |
| Stewart Richardson Deposition Services | 512182 | 186878 | 450.00 |
| Stewart Richardson Deposition Services | 512182 | 186879 | 881.25 |
| TSG Reporting, Inc. | 512186 | 062416-339669 | 827.25 |
| | | | **3,768.50** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other | Amount 827.25

Nickname (a short description for this check request) Infosys/Koehler - Kumar Deposition

Payable To Name: TSG Reporting, Inc.

Payable to Address: 747 Third Avenue
Suite 10A
New York, NY 10017

Description of Expense

Rough and Certified Transcript of Nandita Kumar Deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 7/21/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number: 506622 | Matter Number: 000002 | Client.Matter Number: 506622.000002

Client/Matter Name: Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 827.25 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check

Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** | **Date**

TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 7/13/2016
**INVOICE #** 062416-339669

**Bill To:**
George A. Stohner Esq.
Faegre Baker Daniels LLP
311 S. Wacker Drive
Suite 4400
Chicago, IL 60606-6622

**CASE:** Brenda Koehler v. Infosys Technologies Limited, Inc.
**WITNESS:** Nandita Kumar
**DATE:** 6/24/2016
**LOCATION:** Newark, NJ

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 155 | $3.35 | $519.25 |
| Rough Transcript | 155 | $1.65 | $255.75 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 9 | $0.25 | $2.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $777.25 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $827.25 |

Please make all checks payable to: TSG Reporting, Inc. Federal ID # [redacted]
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, August 15, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Connor Reporting | 512146 | 49233 | 1,610.00 |
| Stewart Richardson Deposition Services | 512182 | 186878 | 450.00 |
| Stewart Richardson Deposition Services | 512182 | 186879 | 881.25 |
| TSG Reporting, Inc. | 512186 | 062416-339669 | 827.25 |
| | | | **3,768.50** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(◉) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (◉) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount 450.00

Nickname (a short description for this check request) Infosys/Koehler - Marrero Deposition

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Appearance Fee for Samuel Marrero Deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 10649 | 7/21/2016 | Invoice Due Date |

## Client Expenses

Client Number 506622 — Matter Number 000002 — Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 450.00 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (◉) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** **Date**

# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 186878 | 7/14/2016 | 110868 |
| **Job Date** | **Case No.** | |
| 7/12/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

APPEARANCE FEE:

| | |
|---|---|
| Samuel Marrero | 450.00 |
| **TOTAL DUE >>>** | **$450.00** |
| AFTER 8/13/2016 PAY | $472.50 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 110868 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 186878 Invoice Date : 7/14/2016
**Total Due : $450.00**
AFTER 8/13/2016 PAY $472.50

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, August 15, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Connor Reporting | 512146 | 49233 | 1,610.00 |
| Stewart Richardson Deposition Services | 512182 | 186878 | 450.00 |
| Stewart Richardson Deposition Services | 512182 | 186879 | 881.25 |
| TSG Reporting, Inc. | 512186 | 062416-339669 | 827.25 |
| | | | **3,768.50** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount 881.25

Nickname (a short description for this check request) Infosys/Koehler - Marrero Deposition

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Videographer Appearance Fee for Samuel Marrero Deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 10649 | 7/21/2016 | Invoice Due Date |

## Client Expenses

Client Number 506622 — Matter Number 000002 — Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 881.25 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** **Date**

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 186879 | 7/14/2016 | 110871 |

| Job Date | Case No. |
|---|---|
| 7/12/2016 | 2:13-CV-00885-PP-NJ |

**Case Name**

Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al

**Payment Terms**

Due upon receipt

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

VIDEOGRAPHER APPEARANCE FEE:

Samuel Marrero 881.25

**TOTAL DUE >>> $881.25**

AFTER 8/13/2016 PAY $925.31

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 110871 BU ID : VIDEO REFE
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 186879 Invoice Date : 7/14/2016
**Total Due : $881.25**
AFTER 8/13/2016 PAY $925.31

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

# Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, August 29, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| BLDS LLC | 512547 | 4014 | 3,036.25 |
| Stewart Richardson Deposition Services | 512594 | 188451 | 1,055.25 |
| Stewart Richardson Deposition Services | 512594 | 188571 | 1,810.12 |
| TSG Reporting, Inc. | 512596 | 072216-340513 | 629.70 |
| | | | **6,531.32** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(◉) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (◉) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other Amount 629.70

Nickname (a short description for this check request) Infosys/Koehler - Singh Deposition

Payable To Name: TSG Reporting, Inc.

Payable to Address: 747 Third Avenue
Suite 10A
New York, NY 10017

Description of Expense

Certified Transcript of Sudip Singh Deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 8/15/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 629.70 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (◉) Vendor Check Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** **Date**

**TSG REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 8/10/2016
**INVOICE #** 072216-340513

**Bill To:** Ellen E. Boshkoff Esq.
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

**CASE:** Brenda Koehler v. Infosys Technologies Limited, Inc.
**WITNESS:** Sudip Singh
**DATE:** 7/22/2016
**LOCATION:** Plano, TX

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 172 | $3.35 | $576.20 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 14 | $0.25 | $3.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $579.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $629.70 |

Please make all checks payable to: TSG Reporting, Inc. Federal ID # [redacted]
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## Hultman, Penny S.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, September 26, 2016 8:12 PM
**To:** Hultman, Penny S.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Christian J. Martinez | 513359 | 160830-7268 | 462.00 |
| CRA International, Inc. | 513362 | 1024139 | 734.50 |
| Ferrigno Court Reporting | 513373 | 1410101 | 237.00 |
| Stewart Richardson Deposition Services | 513395 | 188988 | 1,802.22 |
| Stewart Richardson Deposition Services | 513395 | 189010 | 813.50 |
| Tri-County Court Reporters | 513396 | 11460A6 | 666.70 |
| TSG Reporting, Inc. | 513397 | 072816-340734 | 956.45 |
| | | | **5,672.37** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

◉Client ◯Group/Practice Area/Industry ◯Talent Services ◯Other (Administrative)

Currency ◉$ U.S. ◯€ Euro ◯£ GBP ◯¥ CNY ◯Other

Amount 956.45

Nickname (a short description for this check request) Infosys /Koehler (Transcript Megan Groves) Inv. #072816-340734

Payable To Name TSG Reporting

Payable to Address 747 Third Avenue,. Suite 10A
New York, NY 10017

Description of Expense

Transcript Fees for Megan Groves

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

Timekeeper Number
10649

Date Requested
9/21/2016

Payment is Required By
Invoice Due Date

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys Ltd/Koehler Class Action

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript 001103 | 956.45 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

◯On Demand Check ◉Vendor Check

Contact: Hultman, Penny S.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 21302

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign**

**Date**

# TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 8/16/2016
**INVOICE #** 072816-340734

**Bill To:** Ellen E. Boshkoff Esq.
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

**CASE:** Brenda Koehler v. Infosys Technologies Limited, Inc.
**WITNESS:** Megan Groves
**DATE:** 7/28/2016
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 177 | $3.35 | $592.95 |
| Rough Transcript | 177 | $1.50 | $265.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 150 | $0.25 | $37.50 |
| Exhibits - Scanned & Hyperlinked - Color | 7 | $1.50 | $10.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $906.45 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $956.45 |

Please make all checks payable to: TSG Reporting, Inc. Federal ID # [redacted]
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## Walker, Darlene

**From:** Abrams, Gregory P.
**Sent:** Friday, June 17, 2016 1:48 PM
**To:** Walker, Darlene; Kendall, Kristina K.
**Subject:** FW: Koehler vs. Infosys, Case No. 13-cv-885, 8-12-15 hearing transcript

Please see below. Can one of you take it from here? It would be good to get her the check by Monday.

**From:** Sheryl_Stawski@wied.uscourts.gov [mailto:Sheryl_Stawski@wied.uscourts.gov]
**Sent:** Friday, June 17, 2016 1:47 PM
**To:** Abrams, Gregory P.
**Subject:** Koehler vs. Infosys, Case No. 13-cv-885, 8-12-15 hearing transcript

Good afternoon.

I am in receipt of the transcript request, and I am a court reporter who prepares transcripts.

The hearing was digitally recorded, and so I can only give an approximate cost of it.

For 7-day turnaround the cost is: $194.00.

Please make check payable to: Great Lakes Reporting, Inc.

Please mail the check to: Sheryl Stawski, Official Reporter, 517 E. Wisconsin Avenue, Room 200A, Milwaukee, WI 53202.

Once I receive the check, I will commence transcribing and have it done in 7 days per the request, and then I will send it to you in a PDF via e-mail.

Also, there may be an amount due/owing once I finish.

Have a pleasant day.

Sheryl L. Stawski, RPR
Official Reporter
Eastern District of Wisconsin
414/881-0922

Please consider the environment before printing this email.

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, August 29, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| BLDS LLC | 512547 | 4014 | 3,036.25 |
| Stewart Richardson Deposition Services | 512594 | 188451 | 1,055.25 |
| Stewart Richardson Deposition Services | 512594 | 188571 | 1,810.12 |
| TSG Reporting, Inc. | 512596 | 072216-340513 | 629.70 |
| | | | **6,531.32** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(◉) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (◉) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount 1,055.25

Nickname (a short description for this check request) Infosys/Koehler - Marrero Deposition

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense

Videographer Fees for Samuel Marrero Deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 10649 | 8/4/2016 | Invoice Due Date |

## Client Expenses

Client Number 506622 — Matter Number 000002 — Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,055.25 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (◉) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** **Date**

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 188451 | 8/3/2016 | 111111 |

| Job Date | Case No. |
|---|---|
| 7/21/2016 | 2:13-CV-00885-PP-NJ |

| Case Name |
|---|
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al |

| Payment Terms |
|---|
| Due upon receipt |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

VIDEOGRAPHER FEES:

| | |
|---|---|
| Samuel Marrero | 1,055.25 |
| **TOTAL DUE >>>** | **$1,055.25** |
| AFTER 9/2/2016 PAY | $1,108.01 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 111111 BU ID : VIDEO REFE
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 188451 Invoice Date : 8/3/2016
**Total Due : $1,055.25**
AFTER 9/2/2016 PAY $1,108.01

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Kendall, Kristina K.

| | |
|---|---|
| **From:** | FinanceAlert@faegrebd.com |
| **Sent:** | Monday, August 29, 2016 8:12 PM |
| **To:** | Kendall, Kristina K. |
| **Subject:** | Finance Information Update: Vendor Payment Notification |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| BLDS LLC | 512547 | 4014 | 3,036.25 |
| Stewart Richardson Deposition Services | 512594 | 188451 | 1,055.25 |
| Stewart Richardson Deposition Services | 512594 | 188571 | 1,810.12 |
| TSG Reporting, Inc. | 512596 | 072216-340513 | 629.70 |
| | | | **6,531.32** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount 1,810.12

Nickname (a short description for this check request) Infosys/Koehler - Marrero Deposition

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Transcript of Samuel Marrero Deposition

| | | |
|---|---|---|
| Requested By<br>Boshkoff, Ellen E. | | Location<br>Indianapolis Downtown |
| Timekeeper Number<br>10649 | Date Requested<br>8/15/2016 | Payment is Required By<br>Invoice Due Date |

## Client Expenses

Client Number 506622 — Matter Number 000002 — Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,810.12 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** **Date**

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 188571 | 8/12/2016 | 111110 |
| **Job Date** | **Case No.** | |
| 7/21/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Samuel Marrero | 1,752.62 |
| Samuel Marrero - Linked Bundles | 57.50 |
| **TOTAL DUE >>>** | **$1,810.12** |
| AFTER 9/11/2016 PAY | $1,900.63 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 111110 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 188571 Invoice Date : 8/12/2016
**Total Due : $1,810.12**
AFTER 9/11/2016 PAY $1,900.63

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Hultman, Penny S.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, September 26, 2016 8:12 PM
**To:** Hultman, Penny S.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Christian J. Martinez | 513359 | 160830-7268 | 462.00 |
| CRA International, Inc. | 513362 | 1024139 | 734.50 |
| Ferrigno Court Reporting | 513373 | 1410101 | 237.00 |
| Stewart Richardson Deposition Services | 513395 | 188988 | 1,802.22 |
| Stewart Richardson Deposition Services | 513395 | 189010 | 813.50 |
| Tri-County Court Reporters | 513396 | 11460A6 | 666.70 |
| TSG Reporting, Inc. | 513397 | 072816-340734 | 956.45 |
| | | | **5,672.37** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other Amount 1,802.22

Nickname (a short description for this check request) Infosys /Koehler (Handloser Vol II Depo) Inv. #188988

Payable To Name Stewart Richardson

Payable to Address One Indiana Square, Ste. 2425
211 N. Pennsylvania Street
Indianapolis, IN 46204

Description of Expense
Transcript fees for Gregory Handloser Vol II

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

Timekeeper Number
10649

Date Requested
9/21/2016

Payment is Required By
Invoice Due Date

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys Ltd/Koehler Class Action

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,802.22 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check Contact: Hultman, Penny S.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 21302

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** **Date**

# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 188988 | 8/30/2016 | 111075 |
| **Job Date** | **Case No.** | |
| 8/15/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Gregory Handloser, Volume II | 1,745.97 |
| Gregory Handloser, Volume II - Linked Bundles | 56.25 |
| **TOTAL DUE >>>** | **$1,802.22** |
| AFTER 9/29/2016 PAY | $1,892.33 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 111075 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 188988 Invoice Date : 8/30/2016
**Total Due : $ 1,802.22**
AFTER 9/29/2016 PAY $1,892.33

**PAYMENT WITH CREDIT CARD**
Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Hultman, Penny S.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, September 26, 2016 8:12 PM
**To:** Hultman, Penny S.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Christian J. Martinez | 513359 | 160830-7268 | 462.00 |
| CRA International, Inc. | 513362 | 1024139 | 734.50 |
| Ferrigno Court Reporting | 513373 | 1410101 | 237.00 |
| Stewart Richardson Deposition Services | 513395 | 188988 | 1,802.22 |
| Stewart Richardson Deposition Services | 513395 | 189010 | 813.50 |
| Tri-County Court Reporters | 513396 | 11460A6 | 666.70 |
| TSG Reporting, Inc. | 513397 | 072816-340734 | 956.45 |
| | | | **5,672.37** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other    Amount 813.50

Nickname (a short description for this check request) Infosys /Koehler (Handloser Vol II Videographer) Inv. 189010

Payable To Name: Stewart Richardson

Payable to Address: One Indiana Square, Ste. 2425
211 N. Pennsylvania Street
Indianapolis, IN 46204

Description of Expense

Videographer fees for Gregory Handloser Vol II

| Requested By | | Location |
|---|---|---|
| Boshkoff, Ellen E. | | Indianapolis Downtown |
| **Timekeeper Number** | **Date Requested** | **Payment is Required By** |
| 10649 | 9/21/2016 | Invoice Due Date |

## Client Expenses

Client Number 506622    Matter Number 000002    Client.Matter Number 506622.000002

Client/Matter Name Infosys Ltd/Koehler Class Action

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | $813.50 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check    Contact: Hultman, Penny S.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 21302

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** | **Date**

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 189010 | 8/24/2016 | 111076 |
| **Job Date** | **Case No.** | |
| 8/15/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

VIDEOGRAPHER FEES:

| | |
|---|---|
| Gregory Handloser, Volume II | 813.50 |
| **TOTAL DUE >>>** | **$813.50** |
| AFTER 9/23/2016 PAY | $854.18 |

Thank you. Your business is appreciated.

Stewart Richardson offers videoconferencing in each of our locations: INDIANAPOLIS, EVANSVILLE, FORT WAYNE & VALPARAISO.
Call us today for statewide coverage and beyond!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 111076 BU ID :VIDEO REFE
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 189010 Invoice Date :8/24/2016
**Total Due : $ 813.50**
AFTER 9/23/2016 PAY $854.18

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount: 454.38

Nickname (a short description for this check request):

Payable To Name: Discovia

Payable to Address: Dept LA 24291
Pasadena, CA 91185-4291

Description of Expense:
Computer data export to hard drives

Requested By: Fulgoni-Britton, Rozlyn

Location: Indianapolis Downtown

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 17767 | 8/24/2016 | Invoice Due Date |

## Client Expenses

| Client Number | Matter Number | Client.Matter Number |
|---|---|---|
| 506622 | 000002 | 506622.000002 |

Client/Matter Name: Infosys/Koehler Class Action

| Cost Code | Amount |
|---|---|
| Electronic Data Vendor Support 000152 | 454.38 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact:

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#:

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
|---|---|
| | |

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, October 03, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| TSG Reporting, Inc. | 513552 | 090116-457801 | 347.55 |
| | | | **347.55** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other    Amount 347.55

Nickname (a short description for this check request) Infosys/Koehler (Transcript of Halim) Inv #090116-457801

Payable To Name: TSG Reporting

Payable to Address: 747 Third Avenue
Suite 10A
New York, NY 10017

Description of Expense
Certified Transcript of Md Fazlul Halim deposition

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 9/26/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number 506622    Matter Number 000002    Client.Matter Number 506622.000002

Client/Matter Name Infosys Ltd/Koehler Class Action

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 347.55 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check    Contact:

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#:

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign**    **Date**

TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 9/19/2016
**INVOICE #** 090116-457801

**Bill To:** Ellen E. Boshkoff Esq.
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

**CASE:** Brenda Koehler v. Infosys Technologies Limited, Inc.
**WITNESS:** Md Fazlul Halim
**DATE:** 9/1/2016
**LOCATION:** Columbia, MD

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 54 | $3.35 | $180.90 |
| Certified Transcript - 3 Day Delivery | 54 | $2.10 | $113.40 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 13 | $0.25 | $3.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $297.55 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $347.55 |

Please make all checks payable to: TSG Reporting, Inc. Federal ID # [redacted]
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, November 14, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| CRA International, Inc. | 514460 | 1021776 | 1,800.00 |
| CRA International, Inc. | 514460 | 1025439 | 4,160.50 |
| Stewart Richardson Deposition Services | 514519 | 191087 | 1,081.60 |
| Stewart Richardson Deposition Services | 514519 | 191280 | 1,650.99 |
| Stewart Richardson Deposition Services | 514519 | 191284 | 744.60 |
| TSG Reporting, Inc. | 514522 | 090816-458397 | 653.40 |
| TSG Reporting, Inc. | 514522 | 092016-342002 | 971.50 |
| Donoghue & Associates, Inc. | 514536 | 1398.3 | 50,820.88 |
| CRA International, Inc. | 988523 | 1024906 | 1,060.00 |
| | | | **62,943.47** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount: 653.40

Nickname (a short description for this check request): Infosys/Koehler - TSG Reporting Inv. 090816-458397

Payable To Name: TSG Reporting, Inc.

Payable to Address:
747 Third Ave
Suite 10A
New York, NY 10017

Description of Expense:
Kapil Kulkarni deposition transcript

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 11/14/2016

Payment is Required By: Other
ASAP

## Client Expenses

Client Number: 506622 — Matter Number: 000002 — Client.Matter Number: 506622.000002

Client/Matter Name: Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 653.40 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| Sign | Date |
|---|---|
| | |

TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2016
**INVOICE #** 090816-458397

**Bill To:** Ellen E. Boshkoff Esq.
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

**CASE:** Brenda Koehler v. Infosys Technologies Limited, Inc.
**WITNESS:** Kapil Keshav Kulkarni
**DATE:** 9/8/2016
**LOCATION:** Kansas City, MO

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 119 | $3.35 | $398.65 |
| Rough Transcript | 119 | $1.50 | $178.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 105 | $0.25 | $26.25 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $603.40 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $653.40 |

Please make all checks payable to: TSG Reporting, Inc. Federal ID # [redacted]
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, November 14, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| CRA International, Inc. | 514460 | 1021776 | 1,800.00 |
| CRA International, Inc. | 514460 | 1025439 | 4,160.50 |
| Stewart Richardson Deposition Services | 514519 | 191087 | 1,081.60 |
| Stewart Richardson Deposition Services | 514519 | 191280 | 1,650.99 |
| Stewart Richardson Deposition Services | 514519 | 191284 | 744.60 |
| TSG Reporting, Inc. | 514522 | 090816-458397 | 653.40 |
| TSG Reporting, Inc. | 514522 | 092016-342002 | 971.50 |
| Donoghue & Associates, Inc. | 514536 | 1398.3 | 50,820.88 |
| CRA International, Inc. | 988523 | 1024906 | 1,060.00 |
| | | | **62,943.47** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(•) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (•) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount: 971.50

Nickname (a short description for this check request): Infosys/Koehler - TSG Reporting Inv. 092016-342002

Payable To Name: TSG Reporting, Inc.

Payable to Address:
747 Third Ave
Suite 10A
New York, NY 10017

Description of Expense:
Laurie Hawkins deposition transcript

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 11/14/2016

Payment is Required By: Other
ASAP

## Client Expenses

Client Number: 506622 — Matter Number: 000002 — Client.Matter Number: 506622.000002

Client/Matter Name: Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 971.50 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (•) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
|---|---|
| | |

TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 9/30/2016
**INVOICE #** 092016-342002

**Bill To:** George A. Stohner Esq.
Faegre Baker Daniels LLP
311 S. Wacker Drive
Suite 4400
Chicago, IL 60606-6622

**CASE:** Brenda Koehler v. Infosys Technologies Limited, Inc.
**WITNESS:** Laurie Hawkins
**DATE:** 9/20/2016
**LOCATION:** The Woodlands, TX

**Billing Comments / Instructions:**

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 190 | $3.35 | $636.50 |
| Rough Transcript | 190 | $1.50 | $285.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $921.50 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $971.50 |

Please make all checks payable to: TSG Reporting, Inc. Federal ID # [redacted]
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Tuesday, December 27, 2016 8:11 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Willette Court Reporting LLC | 515444 | LY 12806 | 309.93 |
| | | | **309.93** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount 309.93

Nickname (a short description for this check request) Infosys/Koehler - Willette Inv. for Henrichs Depo

Payable To Name: Willette Court Reporting

Payable to Address:
630 Fourth Street, Suite A
P.O. Box 1671
Wausau, WI 54402

Description of Expense
Deposition Transcript of C. Henrichs

Requested By
Stohner, George A.

Location
Los Angeles

Timekeeper Number
20495

Date Requested
12/16/2016

Payment is Required By
Other
ASAP

## Client Expenses

Client Number 506622 — Matter Number 000002 — Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 309.93 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
|---|---|
| | |

Willette Court Reporting LLC
Certified Professional Court Reporters
Servicing Central Wisconsin Since 1985
Focused on Excellence

September 27, 2016

George A. Stohner, Esq.
Faegre Baker Daniels, LLP
311 South Wacker Drive, Suite 4300
Chicago, IL 60606

PAST DUE

Rebilled Invoice
Rebilled on December 12, 2016

**Invoice Number**
**LY 12806**

**Re:** B. Koehler, K. Parker, L. Bolten, et al. -vs- Infosys Technologies Ltd, et al.
Case No.: 2 13 CV 885 PP
Job Date: 9/21/2016

| Description of Services | | Pgs/Qty | Rate | Extension |
|---|---|---|---|---|
| 1 Cert. Tran. - Expedited | Deponent: Charles Henrichs | 75.00 | 3.90 | 292.50 |
| E-Transcript Tran. | | 1.00 | 15.00 | 15.00 |
| Rebilling Fee | 12-12-16 | 0.00 | 25.00 | N/C |
| | | | Interest: | 2.43 |
| | | | **Invoice total:** | **$309.93** |

Original transcript filed with Attorney Brown

INVOICE PAST DUE. YOUR PROMPT ATTENTION IS APPRECIATED
18% interest from invoice date if not paid within 60 days
**$25 rebilling fee
Federal Tax ID - [redacted]

630 Fourth Street, Suite A – P.O. Box 1671 ❖ Wausau, WI 54402 ❖ (715)355-4384 ❖ Toll Free (877)355-4384
cwillette2@gmail.com ❖ www.WilletteCourtReporting.com

# Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, November 14, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| CRA International, Inc. | 514460 | 1021776 | 1,800.00 |
| CRA International, Inc. | 514460 | 1025439 | 4,160.50 |
| Stewart Richardson Deposition Services | 514519 | 191087 | 1,081.60 |
| Stewart Richardson Deposition Services | 514519 | 191280 | 1,650.99 |
| Stewart Richardson Deposition Services | 514519 | 191284 | 744.60 |
| TSG Reporting, Inc. | 514522 | 090816-458397 | 653.40 |
| TSG Reporting, Inc. | 514522 | 092016-342002 | 971.50 |
| Donoghue & Associates, Inc. | 514536 | 1398.3 | 50,820.88 |
| CRA International, Inc. | 988523 | 1024906 | 1,060.00 |
| | | | **62,943.47** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount: 1,081.60

Nickname (a short description for this check request): Infosys/Koehler - Gougler Depo. INV 191087

Payable To Name: Stewart Richardson Deposition Services

Payable to Address:
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense:
Transcript of W. Gougler Deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 11/7/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number: 506622 — Matter Number: 000002 — Client.Matter Number: 506622.000002

Client/Matter Name: Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,081.60 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

**Sign** — **Date**

# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 191087 | 11/4/2016 | 113104 |

| Job Date | Case No. |
|---|---|
| 10/17/2016 | 2:13-CV-00885-PP-NJ |

**Case Name**

Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al

**Payment Terms**

Due upon receipt

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| William Gougler | 1,030.35 |
| William Gougler - Linked Bundles | 51.25 |
| **TOTAL DUE >>>** | **$1,081.60** |
| AFTER 12/4/2016 PAY | $1,135.68 |

Thank you. Your business is appreciated.

DID YOU KNOW? We have a conference room conveniently located on 96th Street in Carmel? Ask to book our north side location today!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 113104 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 191087 Invoice Date : 11/4/2016
**Total Due : $1,081.60**
AFTER 12/4/2016 PAY $1,135.68

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other Amount 78.76

Nickname (a short description for this check request) Infosys/Koehler - Airial Danforth

Payable To Name Airial Danforth

Payable to Address c/o Daniel A. Kotchen - KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009

Description of Expense
Witness fee and mileage expenses for deposition

Requested By
Stohner, George A.

Location
Los Angeles

Timekeeper Number
20495

Date Requested
10/24/2016

Payment is Required By
Other
10/25/16 - 9:00 a.m.

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler Class Action

| Cost Code | Amount |
|---|---|
| Witness Fees/Expenses 001104 | 40.00 |
| Mileage 000602 | 38.76 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

(●) On Demand Check ( ) Vendor Check Contact: Kendall, Kristina K.

Contact will be notified when check is available in Finance. Finance will mail this check if this option is not selected.

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** Stohner / lal **Date** 10/24/16

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other Amount 73.58

Nickname (a short description for this check request) Infosys/Koehler - David Hickman

Payable To Name David Hickman

Payable to Address c/o Daniel A. Kotchen - KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009

Description of Expense

Witness fee and mileage expenses for deposition

Requested By
Stohner, George A.

Location
Los Angeles

Timekeeper Number
20495

Date Requested
10/24/2016

Payment is Required By
Other
10/25/16 - 9:00 a.m.

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler Class Action

| Cost Code | Amount |
|---|---|
| Witness Fees/Expenses 001104 | 40.00 |
| Mileage 000602 | 33.58 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

(●) On Demand Check ( ) Vendor Check Contact: Kendall, Kristina K.

Contact will be notified when check is available in Finance. Finance will mail this check if this option is not selected.

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

Sign Stohner / [illegible] Date 10/24/16

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other Amount 71.05

Nickname (a short description for this check request) Infosys/Koehler - Davina Linguist

Payable To Name Davina Linguist

Payable to Address c/o Daniel A. Kotchen - KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009

Description of Expense
Witness fee and mileage expenses for deposition

Requested By
Stohner, George A.

Location
Los Angeles

Timekeeper Number
20495

Date Requested
10/24/2016

Payment is Required By
Other
10/25/16 - 9:00 a.m.

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler Class Action

| Cost Code | Amount |
|---|---|
| Witness Fees/Expenses 001104 | 40.00 |
| Mileage 000602 | 31.05 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

(●) On Demand Check ( ) Vendor Check Contact: Kendall, Kristina K.

Contact will be notified when check is available in Finance. Finance will mail this check if this option is not selected.

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign** Stohner/bsl **Date** 10/24/16

# Vendor Check Request Form

**Client/Firm Investment Type**

(•) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (•) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other Amount 72.55

Nickname (a short description for this check request) Infosys/Koehler - Karen Bell

Payable To Name Karen Bell

Payable to Address c/o Daniel A. Kotchen - KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009

Description of Expense

Witness fee and mileage expenses for deposition

Requested By
Stohner, George A.

Location
Los Angeles

Timekeeper Number
20495

Date Requested
10/24/2016

Payment is Required By
Other
10/25/16 - 9:00 a.m.

**Client Expenses**

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler Class Action

| Cost Code | Amount |
|---|---|
| Witness Fees/Expenses 001104 | 40.00 |
| Mileage 000602 | 32.55 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

Check Options

(•) On Demand Check ( ) Vendor Check Contact: Kendall, Kristina K.

Contact will be notified when check is available in Finance. Finance will mail this check if this option is not selected.

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

Sign Stohner /eal Date 10/24/16

# Vendor Check Request Form

## Client/Firm Investment Type

(•) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (•) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other Amount 54.95

Nickname (a short description for this check request) Infosys/Koehler - Ronald Moyo

Payable To Name Ronald Moyo

Payable to Address c/o Daniel A. Kotchen - KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009

Description of Expense
Witness fee and mileage expenses for deposition

Requested By
Stohner, George A.

Location
Los Angeles

Timekeeper Number
20495

Date Requested
10/24/2016

Payment is Required By
Other
10/25/16 - 9:00 a.m.

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler Class Action

| Cost Code | Amount |
|---|---|
| Witness Fees/Expenses 001104 | 40.00 |
| Mileage 000602 | 14.95 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

(•) On Demand Check ( ) Vendor Check Contact: Kendall, Kristina K.

Contact will be notified when check is available in Finance. Finance will mail this check if this option is not selected.

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

Sign Stohner / Dal Date 10/24/16

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Wednesday, January 04, 2017 8:11 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Stewart Richardson Deposition Services | 515585 | 191240 | 1,376.52 |
| | | | **1,376.52** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(•) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (•) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other

Amount 1,376.52

Nickname (a short description for this check request) Infosys/Koehler - D. Linguist Depo. INV 191240

Payable To Name: Stewart Richardson Deposition Services

Payable to Address:
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Transcript of D. Linguist Deposition

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 10649 | 11/9/2016 | Invoice Due Date |

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,376.52 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (•) Vendor Check Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
|---|---|
| | |

# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 191240 | 11/8/2016 | 113271 |
| **Job Date** | **Case No.** | |
| 10/26/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Davina Linguist | 1,335.27 |
| Davina Linguist - Linked Bundles | 41.25 |
| **TOTAL DUE >>>** | **$1,376.52** |
| AFTER 12/8/2016 PAY | $1,445.35 |

Thank you. Your business is appreciated.

DID YOU KNOW? We have a conference room conveniently located on 96th Street in Carmel? Ask to book our north side location today!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 113271 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 191240 Invoice Date : 11/8/2016
**Total Due : $1,376.52**
AFTER 12/8/2016 PAY $1,445.35

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, November 14, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| CRA International, Inc. | 514460 | 1021776 | 1,800.00 |
| CRA International, Inc. | 514460 | 1025439 | 4,160.50 |
| Stewart Richardson Deposition Services | 514519 | 191087 | 1,081.60 |
| Stewart Richardson Deposition Services | 514519 | 191280 | 1,650.99 |
| Stewart Richardson Deposition Services | 514519 | 191284 | 744.60 |
| TSG Reporting, Inc. | 514522 | 090816-458397 | 653.40 |
| TSG Reporting, Inc. | 514522 | 092016-342002 | 971.50 |
| Donoghue & Associates, Inc. | 514536 | 1398.3 | 50,820.88 |
| CRA International, Inc. | 988523 | 1024906 | 1,060.00 |
| | | | **62,943.47** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other

Amount 1,650.99

Nickname (a short description for this check request) Infosys/Koehler - A. Danforth & D. Hickman Depos. INV 191280

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense

Transcripts of A. Danforth and D. Hickman Depositions

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

Timekeeper Number
10649

Date Requested
11/9/2016

Payment is Required By
Invoice Due Date

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,650.99 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check

Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

**Sign** **Date**

# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 191280 | 11/8/2016 | 113272 |
| **Job Date** | **Case No.** | |
| 10/27/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

| | |
|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Airial Danforth | 701.49 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| David Hickman | 913.25 |
| Airial Danforth - Linked Bundles | 36.25 |
| **TOTAL DUE >>>** | **$1,650.99** |
| AFTER 12/8/2016 PAY | $1,733.54 |

Thank you. Your business is appreciated.

DID YOU KNOW? We have a conference room conveniently located on 96th Street in Carmel? Ask to book our north side location today!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 113272 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 191280 Invoice Date : 11/8/2016
**Total Due : $1,650.99**
AFTER 12/8/2016 PAY $1,733.54

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, November 14, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| CRA International, Inc. | 514460 | 1021776 | 1,800.00 |
| CRA International, Inc. | 514460 | 1025439 | 4,160.50 |
| Stewart Richardson Deposition Services | 514519 | 191087 | 1,081.60 |
| Stewart Richardson Deposition Services | 514519 | 191280 | 1,650.99 |
| Stewart Richardson Deposition Services | 514519 | 191284 | 744.60 |
| TSG Reporting, Inc. | 514522 | 090816-458397 | 653.40 |
| TSG Reporting, Inc. | 514522 | 092016-342002 | 971.50 |
| Donoghue & Associates, Inc. | 514536 | 1398.3 | 50,820.88 |
| CRA International, Inc. | 988523 | 1024906 | 1,060.00 |
| | | | **62,943.47** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other | Amount 744.60

Nickname (a short description for this check request) Infosys/Koehler - K. Bell and R. Moyo Depos. INV 191284

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Transcripts of K. Bell and R. Moyo Depositions

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 11/9/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number 506622 | Matter Number 000002 | Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 744.60 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

**Sign** **Date**

# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
| --- | --- | --- |
| 191284 | 11/8/2016 | 113273 |

| Job Date | Case No. |
| --- | --- |
| 10/28/2016 | 2:13-CV-00885-PP-NJ |

| Case Name |
| --- |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al |

| Payment Terms |
| --- |
| Due upon receipt |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

| | |
| --- | --- |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Karen Bell | 453.60 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | |
| Ronald Moyo | 291.00 |
| **TOTAL DUE >>>** | **$744.60** |
| AFTER 12/8/2016 PAY | $781.83 |

Thank you. Your business is appreciated.

DID YOU KNOW? We have a conference room conveniently located on 96th Street in Carmel? Ask to book our north side location today!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 113273 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 191284 Invoice Date : 11/8/2016
**Total Due : $744.60**
AFTER 12/8/2016 PAY $781.83

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, November 21, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Garretson Resolution Group | 514734 | 648044 | 250.00 |
| Stewart Richardson Deposition Services | 514770 | 191333 | 3,140.40 |
| Stewart Richardson Deposition Services | 514770 | 191544 | 1,384.50 |
| | | | **4,774.90** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other

Amount 3,140.40

Nickname (a short description for this check request) Infosys/Koehler - Stewart Richardson Inv. 191333

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Transcript of David Neumark Deposition

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

Timekeeper Number
10649

Date Requested
11/17/2016

Payment is Required By
Invoice Due Date

## Client Expenses

Client Number 506622 Matter Number 000002 Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 3,140.40 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check

Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
|---|---|
| | |

Stewart Richardson Deposition Services
800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 191333 | 11/14/2016 | 114657 |

| Job Date | Case No. |
|---|---|
| 11/7/2016 | 2:13-CV-00885-PP-NJ |

**Case Name**

Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al

**Payment Terms**

Due upon receipt

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| David Neumark | 3,087.90 |
| David Neumark - Linked Bundles | 52.50 |
| **TOTAL DUE >>>** | **$3,140.40** |
| AFTER 12/14/2016 PAY | $3,297.42 |

Thank you. Your business is appreciated.

DID YOU KNOW? We have a conference room conveniently located on 96th Street in Carmel? Ask to book our north side location today!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 114657 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 191333 Invoice Date : 11/14/2016
**Total Due : $3,140.40**
AFTER 12/14/2016 PAY $3,297.42

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, November 21, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Garretson Resolution Group | 514734 | 648044 | 250.00 |
| Stewart Richardson Deposition Services | 514770 | 191333 | 3,140.40 |
| Stewart Richardson Deposition Services | 514770 | 191544 | 1,384.50 |
| | | | **4,774.90** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other

Amount 1,384.50

Nickname (a short description for this check request) Infosys/Koehler - Stewart Richardson Inv. 191544

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Videographer fees for David Neumark Deposition

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 11/17/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number 506622 | Matter Number 000002 | Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,384.50 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check

Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
|---|---|
| | |

# INVOICE

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 191544 | 11/16/2016 | 114658 |
| **Job Date** | **Case No.** | |
| 11/7/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

VIDEOGRAPHER FEES:

| | |
|---|---|
| David Neumark | 1,384.50 |
| **TOTAL DUE >>>** | **$1,384.50** |
| AFTER 12/16/2016 PAY | $1,453.73 |

Thank you. Your business is appreciated.

DID YOU KNOW? We have a conference room conveniently located on 96th Street in Carmel? Ask to book our north side location today!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Ellen E. Boshkoff
FAEGRE BAKER DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis IN 46204

Job No. : 114658 BU ID : VIDEO REFE
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 191544 Invoice Date : 11/16/2016
**Total Due : $1,384.50**
AFTER 12/16/2016 PAY $1,453.73

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

VENDOR NUMBER: 212075
VENDOR NAME: Ryan Rebers

CHECK NUMBER: 514381
CHECK DATE: 11-08-16

| REF. # | INV. # | INV. DATE | INV. AMOUNT | INV. DESCRIPTION | AMT. PAID |
|---|---|---|---|---|---|
| 30353755 | 506622.2 | 11-08-16 | 64.84 | | 64.84 |

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES – SEE BACK FOR DETAILS

**Faegre Baker Daniels LLP**
Operating - Indianapolis
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Phone 317-237-0300

J.P. Morgan Chase Bank, N.A.
Indianapolis, IN

56-1544
441

CHECK NO. 514381

CHECK DATE
11-08-16

CHECK AMOUNT
$64.84********

SIXTY-FOUR AND 84/100 Dollars

PAY TO THE ORDER OF
Ryan Rebers
C/O Daniel A. Kotchen
Kotchen & Low LLP

HEAT SENSITIVE
RUB AREA TO VERIFY

Lanie A. Schrader
VOID AFTER 180 DAYS

⑈514381⑈ [redacted]

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount: 64.84

Nickname (a short description for this check request): Witness Fees - Ryan Rebers Deposition

Payable To Name: Ryan Rebers

Payable to Address:
c/o Daniel A. Kotchen
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009

Description of Expense
Witness fees for appearance at deposition

Requested By: Boshkoff, Ellen E.

Location: Indianapolis Downtown

Timekeeper Number: 10649

Date Requested: 11/8/2016

Payment is Required By: Other
ASAP - Need to Mail Today

## Client Expenses

Client Number: 506622 — Matter Number: 000002 — Client.Matter Number: 506622.000002

Client/Matter Name: Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Witness Fees/Expenses 001104 | 64.84 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

(●) On Demand Check ( ) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when check is available in Finance. Finance will mail this check if this option is not selected.

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| Sign | Date |
|---|---|
| | |

# Invoice

QDISCOVERY
501 Ocean Avenue
New London, CT 06320

| Date | Invoice # | Client / Matter |
|---|---|---|
| 7/31/2016 | 15584 | 506622.000002 |

| Bill To | Remit Payment To |
|---|---|
| Faegre Baker Daniels<br>300 North Meridian Street<br>Indianapolis, Indiana 46204<br>Attn: Kristen Atteberry | QDiscovery LLC<br>501 Ocean Avenue<br>New London, CT 06320<br>Attn: Accounting<br>acct@qdiscovery.com<br>860.271.7108<br>Federal Tax ID: [redacted] |

| Project Manager | Project Name | Account Rep | Project # |
|---|---|---|---|
| | Koehler Class Action | BCris | 321029 |

| Description | Quantity | U/M | Rate | Amount |
|---|---|---|---|---|
| Document Scanning Letter Size B&W w/ Disassembly and Reassembly | 62,365 | | 0.12 | 7,483.80 |
| Flatbed Scanning Letter Size B&W w/ Disassembly and Reassembly | 2,346 | PG | 0.22 | 516.12 |
| Legal/Tabloid B&W Scanning w/ Disassembly & Reassembly | 23 | PG | 0.20 | 4.60 |
| Color Scanning Letter Size w/ Disassembly and Reassembly | 642 | PG | 0.25 | 160.50 |
| Indexing: First, Middle & Last Name | 5,671 | | 0.10 | 567.10 |
| Indexing: Position Applied For | 5,671 | | 0.07 | 396.97 |
| Indexing: Handwritten Date | 5,671 | | 0.05 | 283.55 |
| Indexing: Any Handwritten Words | 5,671 | | 0.15 | 850.65 |
| Volumes - Creation of Relativity load file and delivery media (rolling basis) | 4 | | 45.00 | 180.00 |
| | | | | |
| Services Provided July 2016<br>Lit Support: Kristen Atteberry | | | | |

Payment of invoice is due 30 days after receipt of this invoice. Payments not received within 30 days will be subject to a 1.5% late charge per month. For questions regarding billing, payments or current account balances, please contact our Accounting Department at 860.271.7108 or acct@qdiscovery.com.

| | |
|---|---|
| **Subtotal** | $10,443.29 |
| **Sales Tax (7.0%)** | $0.00 |
| **Total** | $10,443.29 |

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,443.29 |

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, December 19, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| ADR Services, Inc. | 515234 | 16-8004-JFS-01 | 2,695.00 |
| Barkley Court Reporters | 515244 | 500043 | 560.75 |
| [redacted] | [redacted] | [redacted] | [redacted] |
| Teris LLC | 515292 | INV020365 | 400.00 |
| James G. Ryan | 515296 | 12/19/16 | 5,392.61 |
| Stewart Richardson Deposition Services | 515336 | 191672 | 607.65 |
| | | | **68,086.01** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other | Amount 607.65

Nickname (a short description for this check request) Infosys/Koehler - Stewart Richardson Inv. 191672

Payable To Name: Stewart Richardson Deposition Services

Payable to Address: One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Transcript of Ryan Rebers Deposition

Requested By: Stohner, George A.

Location: Los Angeles

Timekeeper Number: 20495

Date Requested: 12/6/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number: 506622 | Matter Number: 000002 | Client.Matter Number: 506622.000002

Client/Matter Name: Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 607.65 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check    Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
|---|---|
| | |

Case 2:13-cv-00885-PP Filed 07/14/25 Page 101 of 135 Document 220-1

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 191672 | 11/29/2016 | 114665 |
| **Job Date** | **Case No.** | |
| 11/11/2016 | 2:13-CV-00885-PP-NJ | |

| Case Name |
|---|
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al |

| Payment Terms |
|---|
| Due upon receipt |

Gregory P. Abrams
FAEGRE BAKER DANIELS, LLP
311 South Wacker Drive
Suite 440
Chicago IL 60606

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Ryan Rebers | 607.65 |
| **TOTAL DUE >>>** | **$607.65** |
| AFTER 12/29/2016 PAY | $638.03 |

Thank you. Your business is appreciated.

DID YOU KNOW? We have a conference room conveniently located on 96th Street in Carmel? Ask to book our north side location today!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Gregory P. Abrams
FAEGRE BAKER DANIELS, LLP
311 South Wacker Drive
Suite 440
Chicago IL 60606

Job No. : 114665 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 191672 Invoice Date : 11/29/2016
**Total Due : $607.65**
AFTER 12/29/2016 PAY $638.03

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

# Vendor Check Request F·rm

## Client/Firm Investment Type

(●) Client ( ) Group/Practi·e Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ ·NY ( ) Other    Amount 64.73

Nickname (a short description for this che·· request) Infosys/Koehler - William Gougler Witness Fee

Payable To Name William Gougler

Payable to Address c/o Kotchen & Low LL
1745 Kalorama Rc ad ·W, Suite 101
Washington, DC 2000

Description of Expense
Witness fee for Deposition $40.00
Mileage (43 miles at $0.575 per mile)

Requested By
Kendall, Kristina K.

Location
Indianapolis Downtown

Timekeeper Number
20448

Da·e Requested
10/14/2016

Payment is Required By
Other
10/17/16 in Denver Office

## Client Expenses

Client Number 506622    M·atter Number 000002    Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
| --- | --- |
| Witness Fees/Expenses 001104 | 64.73 |

**Invoices over $5,000 will be chargec to ·he client matter, but payment will be held until the client invoice containing the charge is paid by the client. If im·nediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ·bility to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

(●) On Demand Check ( ) Vendor Check    Contact: O'Connell, Sandy

Contact will be notified when check is ·vailable in Finance. Finance will mail this check if this option is not selected.

**When ready to process for payment pl··se print form, attach documentation and manually submit to Finance Dept.**

**Sign**    **Date**

VENDOR NUMBER: 212153
VENDOR NAME: Coretta Roddey

CHECK NUMBER: 514665
CHECK DATE: 11-18-16

| REF. # | INV. # | INV. DATE | INV. AMOUNT | INV. DESCRIPTION | AMT. PAID |
|---|---|---|---|---|---|
| 30356395 | 11/18/16 | 11-18-16 | 68.08 | Witness Fee for Appearance at Deposition | 68.08 |

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES – SEE BACK FOR DETAILS

**Faegre Baker Daniels LLP**
Operating - Indianapolis
300 North Meridian Street, Suite 2700
Indianapolis, IN 46204-1782
Phone 317-237-0300

J.P. Morgan Chase Bank, N.A.
Indianapolis, IN

56-1544
441

CHECK NO. 514665

CHECK DATE
11-18-16

CHECK AMOUNT
$68.08********

SIXTY-EIGHT AND 08/100 Dollars

PAY TO THE ORDER OF Coretta Roddey

HEAT SENSITIVE RUB AREA TO VERIFY

Laurie A. Schrader

VOID AFTER 180 DAYS

⑈514665⑈ [redacted]

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other

Amount 68.08

Nickname (a short description for this check request) Witness Fees - Ryan Rebers Deposition

Payable To Name: Coretta Roddey

Payable to Address:
c/o Daniel A. Kotchen
KOTCHEN & LOW LLP
1745 Kalorama Road NW, Suite 101
Washington, DC 20009

Description of Expense
Witness fee for appearance at deposition

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

Timekeeper Number
10649

Date Requested
11/18/2016

Payment is Required By
Other
ASAP - Need to Mail Today

## Client Expenses

Client Number 506622 | Matter Number 000002 | Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Witness Fees/Expenses 001104 | 68.08 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

(●) On Demand Check ( ) Vendor Check

Contact: Kendall, Kristina K.

Contact will be notified when check is available in Finance. Finance will mail this check if this option is not selected.

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
|---|---|
| | |

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Monday, December 19, 2016 8:12 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

### Questions?

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| ADR Services, Inc. | 515234 | 16-8004-JFS-01 | 2,695.00 |
| Barkley Court Reporters | 515244 | 500043 | 560.75 |
| [redacted] | [redacted] | [redacted] | [redacted] |
| Teris LLC | 515292 | INV020365 | 400.00 |
| James G. Ryan | 515296 | 12/19/16 | 5,392.61 |
| Stewart Richardson Deposition Services | 515336 | 191672 | 607.65 |
| | | | **68,086.01** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount: 560.75

Nickname (a short description for this check request): Infosys/Koehler - Barkley Inv 500043

Payable To Name: Barkley Court Reporters

Payable to Address: 10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923

Description of Expense
Transcript of David Neumark Deposition (Vol. II)

Requested By: Stohner, George A.

Location: Los Angeles

Timekeeper Number: 20495

Date Requested: 12/6/2016

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number: 506622 | Matter Number: 000002 | Client.Matter Number: 506622.000002

Client/Matter Name: Infosys/Koehler

| Cost Code | Amount |
| --- | --- |
| Court Reporter/Transcript - Depositions 001201 | 560.75 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
| --- | --- |
| | |

# INVOICE

BARKLEY Court Reporters
barkley.com

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923
Tel 800.222.1231 · Fax 877.844.7333

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 500043 | 11/28/2016 | 416890 |
| **Job Date** | **Case No.** | |
| 11/18/2016 | 2:13-cv.00885-PP-NJ | |
| **Case Name** | | |
| Infosys v. Kaohler | | |
| **Payment Terms** | | |
| COD: Interest @ 1.5%/mo after 30 days | | |

George Stohner, Esq.
Faegre Baker Daniels LLP - (IN)
300 N. Meridian St., Suite 2700
Indianapolis IN 46204

Original/Index transcript of deposition of:

David Neumark Vol 2 — 560.75

**TOTAL DUE >>> $560.75**

Due to an error caused by Bank of America we no longer use a P.O. Box and our new remittance address is now:

10350 Santa Monica Blvd., Suite 200
Los Angeles, CA 90025-6923

**Tax ID:** [redacted]

Phone: 317-237-0300 Fax:

*Please detach bottom portion and return with payment.*

George Stohner, Esq.
Faegre Baker Daniels LLP - (IN)
300 N. Meridian St., Suite 2700
Indianapolis IN 46204

Job No. : 416890 BU ID : .BCR - SF
Case No. : 2:13-cv.00885-PP-NJ
Case Name : Infosys v. Kaohler

Invoice No. : 500043 Invoice Date : 11/28/2016
**Total Due : $ 560.75**

Remit To: **Barkley Court Reporters**
**10350 Santa Monica Blvd., Suite 200**
**Los Angeles CA 90025-6923**

**PAYMENT WITH CREDIT CARD** AMEX VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

## Kendall, Kristina K.

**From:** FinanceAlert@faegrebd.com
**Sent:** Tuesday, January 03, 2017 8:11 PM
**To:** Kendall, Kristina K.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| Stewart Richardson Deposition Services | 515578 | 192516 | 1,010.61 |
| | | | **1,010.61** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount: 1,010.61

Nickname (a short description for this check request): Infosys/Koehler - Stewart Richardson Inv. 192516

Payable To Name: Stewart Richardson Deposition Services

Payable to Address:
One Indiana Square, Suite 2425
211 N. Pennsylvania
Indianapolis, IN 46204

Description of Expense
Transcript of Coretta Roddey Deposition

Requested By: Stohner, George A.

Location: Los Angeles

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 20495 | 12/28/2016 | Invoice Due Date |

## Client Expenses

Client Number: 506622 — Matter Number: 000002 — Client.Matter Number: 506622.000002

Client/Matter Name: Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,010.61 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact: Kendall, Kristina K.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 20448

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
|---|---|
| | |

StewartRichardson
DEPOSITION SERVICES
800.869.0873 www.stewartrichardson.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 192516 | 12/28/2016 | 114855 |
| **Job Date** | **Case No.** | |
| 11/30/2016 | 2:13-CV-00885-PP-NJ | |
| **Case Name** | | |
| Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Gregory P. Abrams
FAEGRE BAKER DANIELS, LLP
311 South Wacker Drive
Suite 440
Chicago IL 60606

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Coretta Denise Roddey | 1,010.61 |
| **TOTAL DUE >>>** | **$1,010.61** |
| AFTER 1/27/2017 PAY | $1,061.14 |

Thank you. Your business is appreciated.

DID YOU KNOW? We have a conference room conveniently located on 96th Street in Carmel? Ask to book our north side location today!

**Tax ID:** [redacted]

*Please detach bottom portion and return with payment.*

Gregory P. Abrams
FAEGRE BAKER DANIELS, LLP
311 South Wacker Drive
Suite 440
Chicago IL 60606

Job No. : 114855 BU ID : REFERRAL
Case No. : 2:13-CV-00885-PP-NJ
Case Name : Brenda Koehler, Kelly Parker, et al v. Infosys Technologies Limited, Inc, et al
Invoice No. : 192516 Invoice Date : 12/28/2016
**Total Due : $1,010.61**
AFTER 1/27/2017 PAY $1,061.14

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Stewart Richardson Deposition Services**
**One Indiana Square, Suite 2425**
**211 N. Pennsylvania**
**Indianapolis IN 46204**

## Szolis, Penny L.

| | |
|---|---|
| **From:** | FinanceAlert@faegrebd.com |
| **Sent:** | Tuesday, January 17, 2017 8:12 PM |
| **To:** | Szolis, Penny L. |
| **Subject:** | Finance Information Update: Vendor Payment Notification |

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| TSG Reporting, Inc. | 515875 | 120716-344039 | 662.15 |
| TSG Reporting, Inc. | 515875 | 121616-344339 | 1,207.00 |
| TSG Reporting, Inc. | 515875 | 122116-344341 | 854.10 |
| | | | **2,723.25** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other — Amount: 662.15

Nickname (a short description for this check request):

Payable To Name: TSG Reporting, Inc.

Payable to Address: 747 Third Avenue, Suite 10A
New York, NY 10017

Description of Expense

Transcript of Jonathan Guryan Deposition

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 10649 | 1/10/2017 | Invoice Due Date |

## Client Expenses

Client Number: 506622 | Matter Number: 000002 | Client.Matter Number: 506622.000002

Client/Matter Name: Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 662.15 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

( ) On Demand Check (●) Vendor Check — Contact: Szolis, Penny L.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 12610

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| **Sign** | **Date** |
|---|---|
| | |

TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 12/30/2016
**INVOICE #** 120716-344039

**Bill To:** Ellen E. Boshkoff Esq.
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

**CASE:** Brenda Koehler v. Infosys Technologies Limited, Inc.
**WITNESS:** Jonathan Guryan, Ph.D.
**DATE:** 12/7/2016
**LOCATION:** Chicago, IL

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 124 | $3.35 | $415.40 |
| Rough Transcript | 124 | $1.50 | $186.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 43 | $0.25 | $10.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $612.15 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $662.15 |

Please make all checks payable to: TSG Reporting, Inc. Federal ID # [redacted]
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## Szolis, Penny L.

**From:** FinanceAlert@faegrebd.com
**Sent:** Tuesday, January 17, 2017 8:12 PM
**To:** Szolis, Penny L.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| TSG Reporting, Inc. | 515875 | 120716-344039 | 662.15 |
| TSG Reporting, Inc. | 515875 | 121616-344339 | 1,207.00 |
| TSG Reporting, Inc. | 515875 | 122116-344341 | 854.10 |
| | | | **2,723.25** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

◉ Client ◯ Group/Practice Area/Industry ◯ Talent Services ◯ Other (Administrative)

Currency ◉ $ U.S. ◯ € Euro ◯ £ GBP ◯ ¥ CNY ◯ Other    Amount 1,207.00

Nickname (a short description for this check request)

Payable To Name TSG Reporting, Inc.
Payable to Address 747 Third Avenue, Suite 10A
New York, NY 10017

Description of Expense
Transcript of Bernard Siskin
Invoice 121616-344339

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 10649 | 1/17/2017 | Invoice Due Date |

## Client Expenses

Client Number 506622    Matter Number 000002    Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 1,207.00 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

◯ On Demand Check ◉ Vendor Check    Contact: Szolis, Penny L.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 12610

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign**    **Date**

TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 1/12/2017
**INVOICE #** 121616-344339

**Bill To:** Ellen E. Boshkoff Esq.
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

**CASE:** Brenda Koehler v. Infosys Technologies Limited, Inc.
**WITNESS:** Bernard R. Siskin
**DATE:** 12/16/2016
**LOCATION:** Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 330 | $3.35 | $1,105.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 206 | $0.25 | $51.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,157.00 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $1,207.00 |

Please make all checks payable to: TSG Reporting, Inc. Federal ID # [redacted]
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

## Szolis, Penny L.

**From:** FinanceAlert@faegrebd.com
**Sent:** Tuesday, January 17, 2017 8:12 PM
**To:** Szolis, Penny L.
**Subject:** Finance Information Update: Vendor Payment Notification

**This is an automated email distributed by the Elite Financial System.**

The following vendor payments have been made, and the checks will be mailed directly to the vendors.

**Questions?**

| Office | Contact | Email |
|---|---|---|
| East Offices | Angela Lutchka | Angela.Lutchka@FaegreBD.com |
| West Offices | Kelli Resech | Kelli.Resech@FaegreBD.com |

| Vendor Name | Check Number | Invoice Number | Invoice Amount |
|---|---|---|---|
| TSG Reporting, Inc. | 515875 | 120716-344039 | 662.15 |
| TSG Reporting, Inc. | 515875 | 121616-344339 | 1,207.00 |
| TSG Reporting, Inc. | 515875 | 122116-344341 | 854.10 |
| | | | **2,723.25** |

**Extend Event #378**

# Vendor Check Request Form

## Client/Firm Investment Type

◉Client ○Group/Practice Area/Industry ○Talent Services ○Other (Administrative)

Currency ◉$ U.S. ○€ Euro ○£ GBP ○¥ CNY ○Other    Amount 854.10

Nickname (a short description for this check request)

Payable To Name TSG Reporting, Inc.

Payable to Address 747 Third Avenue, Suite 10A
New York, NY 10017

Description of Expense

Transcript of Prakash Khatri
Invoice 122116-344341

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

Timekeeper Number
10649

Date Requested
1/17/2017

Payment is Required By
Invoice Due Date

## Client Expenses

Client Number 506622    Matter Number 000002    Client.Matter Number 506622.000002

Client/Matter Name Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript - Depositions 001201 | 854.10 |

**Invoices over $5,000 will be charged to the client matter, but payment will be held until the client invoice containing the charge is paid by the client. If immediate payment is required for invoices > $5,000, please explain below (confirming the client's willingness and ability to reimburse the firm promptly) and submit to Peggy Horton or Kevin Tracey for approval.**

## Check Options

○On Demand Check ◉Vendor Check    Contact: Szolis, Penny L.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 12610

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

**Sign**    **Date**

# TSG REPORTING

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 1/12/2017
**INVOICE #** 122116-344341

**Bill To:**
Ellen E. Boshkoff Esq.
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204

**CASE:** Brenda Koehler v. Infosys Technologies Limited, Inc.
**WITNESS:** Prakash Khatri
**DATE:** 12/21/2016
**LOCATION:** Washington, DC

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Certified Transcript | 156 | $3.35 | $522.60 |
| Rough Transcript | 156 | $1.50 | $234.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 190 | $0.25 | $47.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $804.10 |
| | | SHIPPING & HANDLING | $50.00 |
| | | **TOTAL** | $854.10 |

Please make all checks payable to: TSG Reporting, Inc. Federal ID # [redacted]
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of 1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**

Gmail by Google

Kristina Borders <kkborder@umail.iu.edu>

# SSRN Purchase Confirmation

1 message

SSRN <management@ssrn.com> Thu, Oct 20, 2016 at 6:30 PM
To: kkborder@umail.iu.edu
Cc: management@ssrn.com

Dear Kristy Kendall:

Thank you for your purchase at Social Science Research Network. Your credit card has been charged $5.00. This charge will appear on your statement as Social Science Electronic Publishing, our parent company. The confirmation number for this transaction is BX0PEE7EC960 and a summary of your order is below.

For each paper you have requested to be delivered by email, the PDF(s) will be sent separately in a few minutes. All of your purchased Fee Papers are permanently stored in your "My Briefcase" where you can download them at any time.

If you have any problems with this purchase, please contact our SSRN help desk online: http://support.ssrn.com or by phone: 877-SSRNHelp (877 777 6435) in the United States, or +1 585 442 8170 outside of the United States. We are open Monday through Friday between the hours of 8:30AM and 6:00PM, United States Eastern.

Thank you,
SSRN Management

ORDER INFORMATION
==============================
==============================
=================================

Fee Paper $5.00
Do Field Experiments on Labor and Housing Markets Overstate Discrimination? Re-Examination of the Evidence
Collection: NBER
Authors: David Neumark, Judy Rich
Quantity: 1
Delivery: PDF File

-------------
TOTAL $5.00

BILLING ADDRESS
==============================
==============================
=================================

Kristina Kendall
3113 Danube Way
Indianapolis, 46239
United States
3175077911

# INVOICE

#INV022612

12/31/2016

Inventus Solutions Inc dba Teris LLC
500 W Madison St Ste 1210
Chicago IL 60661-4602
(312) 546-6580

**BILL TO:**

Faegre Baker Daniels
300 N. Meridian St #2700
Indianapolis IN 46204

**Period of Service:** Dec 2016

**Case Name:** INFOSYS v. Koehler

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 01/30/2017 | SD - San Diego | Silberberg, Andrew G. | Kristen Atteberry | December 2016 | INFOSYS v. Koehler |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| Inverito Phase II -Full Native Processing and Promotion for Review: Promote selected documents to Full Relativity Review | INFOSYS v. Koehler | 5.61 | $100.00 | N | $561.00 |

| | |
|---|---|
| **Subtotal** | $561.00 |
| **Tax Total** | $0.00 |
| **Total** | **$561.00** |
| **Remaining Balance Due** | **$561.00** |

**WIRE INFORMATION**

| | |
|---|---|
| **Bank Name:** | BMO Harris Bank |
| **Bank Address:** | 111 W. Monroe St.<br>9th Floor East<br>Chicago, IL 60603 |
| **Routing Number:** | [redacted] |
| **Account Number:** | [redacted] |
| **Account Name:** | Teris LLC |
| **SWIFT/BIC Code:** | |

**REMIT TO:**

Teris LLC
P.O. Box 130114
Dallas Texas 75313

Federal Tax ID# [redacted]

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com

# INVOICE

#INV026508

01/30/2017

Inventus LLC
500 W. Madison Suite 1210
Chicago IL 60661-4602
(312) 546-6580

**BILL TO:**

Faegre Baker Daniels
300 N. Meridian St #2700
Indianapolis IN 46204

**Period of Service:** Jan 2017

**Case Name:** INFOSYS v. Koehler

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 03/01/2017 | SD - San Diego | Silberberg, Andrew G. | Kristen Atteberry | November 2016 / Rebill INV021472 | INFOSYS v. Koehler |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| (Vivekanandan's & INFOSYS v. Koehler - ORG QTY 98.53) Inverito Phase I - Data Extraction, Culling & ECA: Deduplication, file type inclusion/exclusion, date cull and de-NISTing. Processing of culled data (extraction of metadata & text) and load into inVerito for unlimited client keyword, domain filtering, searching and viewing of data (ORG QTY 98.53) | INFOSYS v. Koehler | 47.064 | $50.00 | N | $2,353.20 |
| (INFOSYS v. Koehler Only) Inverito Phase II - Full Native Processing and Promotion for Review: Promote selected documents to Full Relativity Review | INFOSYS v. Koehler | 2.27 | $100.00 | N | $227.00 |
| (INFOSYS v. Koehler Only) Project Management 11/29/16 - Download and translate technical specs for processing Linguist materials for K. Atteberry 11/30/16 - Test and promote native export for K. Atteberry; review and analysis of final text files for Linguist per K. Atteberry's request | INFOSYS v. Koehler | 1.25 | $175.00 | N | $218.75 |

| | |
|---|---|
| **Subtotal** | $2,798.95 |
| **Tax Total** | $0.00 |
| **Total** | **$2,798.95** |
| **Remaining Balance Due** | **$2,798.95** |

**WIRE INFORMATION**

| | |
|---|---|
| **Bank Name:** | Wells Fargo Bank, N.A. |
| **Bank Address:** | 420 Montgomery St<br>San Francisco, CA 94104 |
| **Routing Number:** | [redacted] |
| **Account Number:** | [redacted] |
| **Account Name:** | Inventus, LLC |
| **SWIFT/BIC Code:** | [redacted] |

**REMIT TO:**

Inventus, LLC
P.O. Box 130114
Dallas Texas 75313

Federal Tax ID# [redacted]

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

INVOICE NO: 02017060

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Ellen Boshkoff<br>Faegre Baker Daniels<br>300 N Meridian Street<br>Ste 2700<br>Indianapolis, IN 46204<br>Phone: (317) 237-1266<br>ellen.boshkoff@faegrebd.com | John T. Schindhelm, RPR,RMR,CRR<br>United States Court Reporter<br>517 E. Wisconsin Avenue<br>Room 236<br>Milwaukee, WI 53202<br>Phone: (414) 290-2640<br>Tax ID: [redacted]<br>www.johnschindhelm.com |

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 05-30-2017

DATE DELIVERED: 05-30-2017

**Case Style:** 13-CV-885, Koehler, et al. v Infosys, et al.

Transcripts of Audio-Recorded Proceedings, held 5/27/2016 and 2/10/2017. Magistrate Judge Jones presiding.
Formats: PDF-Full and PDF-Compressed
Delivery: Expedited

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 74 | 0.90 | 66.60 | 74 | 0.60 | 44.40 | 111.00 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. MISC. CHARGES: | |
| TOTAL: | 111.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $111.00 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *s:/ John Schindhelm*

DATE 05-30-2017

*(All previous editions of this form are cancelled and should be destroyed)*

# Schindhelm & Associates, Inc.

## You paid **$111.00 USD**

to Schindhelm & Associates, Inc.
Details

| | |
|---|---|
| 1 x Transcripts of Audio-Recorded Proceedings held 5/27/16 and 2/10/17; PDF full and PDF Compressed for 13-cv-885 Koehler, et al. v. Infosys, et al. | $111.00 USD |

**Payment Type:** Final Payment

| | |
|---|---|
| Subtotal | $111.00 USD |
| **Total** | $111.00 USD |

Get your PayPal receipts in Messenger

**Paid with**

Visa x-9467 $111.00 USD

This transaction will appear on your statement as PAYPAL *USDC EDWI

**Shipped to**

ELLEN BOSHKOFF
300 N MERIDIAN STREET, STE 2700, INDIANAPOLIS, IN 46204
United States

**Purchase details**

Receipt number: 3981334631240215

We'll send confirmation to:

ellen.boshkoff@faegrebd.com

**Merchant details**

Schindhelm & Associates, Inc.

johns54@sbcglobal.net

**Return to Merchant**

PayPal Policies PayPal Terms PayPal Privacy Feedback © 1999 - 2017 English

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other

Amount 334.25

Nickname (a short description for this check request)

Payable To Name: Inventus LLC

Payable to Address: 500 W. Madison, Suite 1210
Chicago, IL 60661.4602

Description of Expense

Outside vendor support for electronic data

Requested By
Boshkoff, Ellen E.

Location
Indianapolis Downtown

| Timekeeper Number | Date Requested | Payment is Required By |
|---|---|---|
| 10649 | 7/26/2017 | Hold Until Client Pays |

## Client Expenses

| Client Number | Matter Number | Client.Matter Number |
|---|---|---|
| 506622 | 000002 | 506622.000002 |

Client/Matter Name: Infosys/Koehler

| Cost Code | Amount |
|---|---|
| Electronic Data Vendor Support 000152 | 334.25 |

## Check Options

( ) On Demand Check (●) Vendor Check

Contact: Szolis, Penny L.

Contact will be notified when the check has been processed and mailed to the vendor. Contact TK#: 12610

**When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.**

| Sign | Date |
|---|---|
| | |

# INVOICE

#INV033769

06/30/2017

**Inventus LLC**
500 W. Madison Suite 1210
Chicago Illinois 60661-4602
(312) 546-6580

**BILL TO:**

Faegre Baker Daniels
300 N. Meridian St #2700
Indianapolis IN 46204

**Period of Service:** Jun 2017

**Case Name:** INFOSYS v. Koehler

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 07/30/2017 | SD - San Diego | Silberberg, Andrew G. | Kristen Atteberry | May 2017 | INFOSYS v. Koehler |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| Project Management<br>6/1/2017 - Per KAtteberry request, prepare natives for export to client and load to SFTP.<br>6/5/2017 - Per KAtteberry request, prepare documents for native overlay. Compress deliverable and post to FTP.<br>6/21/2017 - Per KAtteberry request, prepare native for export and post to FTP.<br>6/29/2017 - Preparation of native overlay per K. Atteberry's request; due diligence of processing counts by custodian for K. Atteberry | INFOSYS v. Koehler | 1.75 | $175.00 | N | $306.25 |
| Inverito Phase II -Full Native Processing and Promotion for Review: Promote selected documents to Full Relativity Review | INFOSYS v. Koehler | 0.28 | $100.00 | N | $28.00 |

| | |
|---|---|
| **Subtotal** | $334.25 |
| **Tax Total** | $0.00 |
| **Total** | **$334.25** |
| **Remaining Balance Due** | **$334.25** |

**WIRE INFORMATION**

| | |
|---|---|
| **Bank Name:** | Wells Fargo Bank, N.A. |
| **Bank Address:** | 420 Montgomery St<br>San Francisco, CA 94104 |
| **Routing Number:** | [redacted] |
| **Account Number:** | [redacted] |
| **Account Name:** | Inventus, LLC |
| **SWIFT/BIC Code:** | [redacted] |

**REMIT TO:**

Inventus, LLC
P.O. Box 130114
Dallas Texas 75313

Federal Tax ID# [redacted]

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com

# INVOICE

## #INV032504

05/31/2017

Inventus LLC
500 W. Madison Suite 1210
Chicago IL 60661-4602
(312) 546-6580

**BILL TO:**

Faegre Baker Daniels
300 N. Meridian St #2700
Indianapolis IN 46204

**Period of Service:** May 2017

**Case Name:** INFOSYS v. Koehler

| TERMS | DUE DATE | CLASS | SALES REP | ORDERED BY | JOB NUMBER | CLIENT MATTER # |
|---|---|---|---|---|---|---|
| Net 30 | 06/30/2017 | SD - San Diego | Silberberg, Andrew G. | Kristen Atteberry | May 2017 | INFOSYS v. Koehler |

| ITEM DESCRIPTION | CLIENT MATTER | QUANTITY | RATE | TAXABLE | AMOUNT |
|---|---|---|---|---|---|
| Inverito Phase I - Data Extraction, Culling & ECA: Deduplication, file type inclusion/exclusion, date cull and de-NISTing. Processing of culled data (extraction of metadata & text) and load into inVerito for unlimited client keyword, domain filtering, searching and viewing of data | INFOSYS v. Koehler | 2.82 | $50.00 | N | $141.00 |
| Inverito Phase II -Full Native Processing and Promotion for Review: Promote selected documents to Full Relativity Review | INFOSYS v. Koehler | 7.03 | $100.00 | N | $703.00 |
| Project Management<br>5/8/17 - Per KAtteberry request, prepare natives export. Compress and post to FTP.<br>5/31/17 - Per KAtteberry request, prepare natives for export to client and load to SFTP. | INFOSYS v. Koehler | 0.5 | $175.00 | N | $87.50 |

| | |
|---|---|
| **Subtotal** | $931.50 |
| **Tax Total** | $0.00 |
| **Total** | **$931.50** |
| **Remaining Balance Due** | **$931.50** |

**WIRE INFORMATION**

| | |
|---|---|
| **Bank Name:** | Wells Fargo Bank, N.A. |
| **Bank Address:** | 420 Montgomery St<br>San Francisco, CA 94104 |
| **Routing Number:** | [redacted] |
| **Account Number:** | [redacted] |
| **Account Name:** | Inventus, LLC |
| **SWIFT/BIC Code:** | [redacted] |

**REMIT TO:**

Inventus, LLC
P.O. Box 130114
Dallas Texas 75313

Federal Tax ID# [redacted]

If you have questions regarding this invoice, please contact your Sales Rep/Project Manager or email InventusBilling@inventus.com

**United States District Court**
**Northern District of California**

Date: 10/20/2017
Invoice Number: 20170128

## To:

**Faegre Baker Daniels LLP**
**Samantha Rollins, Esq.**
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
**Phone:** (515) 248-9000
**Email:** samantha.rollins@faegrebd.com

## Make Checks Payable To:

**Sarah Goekler, CSR, RMR, CRR**
**Official US Court Reporter**
EIN / Tax ID: [redacted]
1301 Clay Street, Suite 400-S
Oakland, CA, 94612
**Phone:** (530) 941-2621
**Email:** sgoekler.csr@gmail.com

## Case Details:

**Case Number:** CV 15-1696
**Case Title:** Steve Heldt vs. Tata Consultancy Services, Ltd.
**Case Description:** Motion Hearing
**Criminal or Civil:** Civil

**Proceeding Date:** Oct 03, 2017
**Courthouse:** Oakland
**Judge Hearing Case:** YGR

## Transcripts:

**Date Ordered:** Oct 20, 2017

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Expedited 1st Copy | 57 | $0.90 | $51.30 |

**Total:** $51.30
**Amount Due:** $51.30

## Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

/s/ Sarah Goekler

# Vendor Check Request Form

## Client/Firm Investment Type

(●) Client ( ) Group/Practice Area/Industry ( ) Talent Services ( ) Other (Administrative)

Currency (●) $ U.S. ( ) € Euro ( ) £ GBP ( ) ¥ CNY ( ) Other

Amount 1,233.90

Nickname (a short description for this check request) Transcription of Audio Hearing held on 6-11-20

Payable To Name: Veritext

Payable to Address: P.O.Box 71303
Chicago, IL 60694

Description of Expense
Transcription of Audio Hearing Held on 6-11-20

Requested By
Rollins, Samantha M.

Location
Minneapolis

Timekeeper Number: 01897

Date Requested: 6/19/2020

Payment is Required By: Invoice Due Date

## Client Expenses

Client Number 506622 | Matter Number 000002 | Client.Matter Number 506622.000002

Client/Matter Name Infosys/Kohler

| Cost Code | Amount |
|---|---|
| Court Reporter/Transcript 001103 | 1,233.90 |

## Check Options

( ) Contact LAA (●) Finance to mail

Contact: Meehan, Nancy A.

Contact will be notified when check has been processed and mailed to the vendor. Contact TK#:04773

When ready to process for payment, please print form, attach documentation and manually submit to Finance Dept.

| Sign | Date |
|---|---|
| | |

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: [redacted]

VERITEXT LEGAL SOLUTIONS

**Bill To:** Samantha M. Rollins
Faegre Drinker Biddle & Reath LLP
90 S. 7th St.
Ste. 2200
Minneapolis, MN, 55402

**Invoice #:** MW4365714
**Invoice Date:** 6/17/2020
**Balance Due:** $1,233.90

**Case:** Koehler, et al. v. Infosys Technologies Limited, Incorporated
**Job #:** 4143170 | Job Date: 6/11/2020 | Delivery: Expedited
**Case #:** 2:13cv00885PP
**Billing Atty:** Samantha M. Rollins
**Location:** Transcription
No location needed
33131
**Sched Atty:** Samantha M. Rollins | Faegre Drinker Biddle & Reath LLP

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Audio Transcription | Transcription | | 102.00 | $5.85 | $596.70 |
| | Transcript - Expedited Fee | Page | 102.00 | $4.10 | $418.20 |
| | Attendance Fee (Hourly) | Hour | 4.00 | $50.00 | $200.00 |
| | Electronic Delivery and Handling | Package | 1.00 | $19.00 | $19.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,233.90 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,233.90 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

**Invoice #:** **MW4365714**
**Job #:** **4143170**
**Invoice Date:** **6/17/2020**
**Balance:** **$1,233.90**

43437

## Miller, Kathryn B.

**From:** Susan Armbruster <Susan_Armbruster@wied.uscourts.gov>
**Sent:** Wednesday, March 1, 2023 2:39 PM
**To:** Bradfield, Staci L.
**Subject:** Order # 2097 - Koehler et al v. Infosys
**Attachments:** Bill to Rollins.pdf

**This Message originated outside your organization.**

---

Good afternoon,

I was informed today that you were still interested in the above-mentioned order at a different turnaround. I am attaching an updated invoice reflecting the 14 day turnaround.

Upon receipt of payment to myself at the below-listed address, I will prepare the transcript and email the copies forthwith. Please allow the 14 days to begin upon receipt of payment.

Thank you,

*Susan Armbruster, RMR*
Official Court Reporter
U.S. District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue, Room #200A
Milwaukee, WI 53202
414.290.2641

AO 44 (Rev. 04/18)

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF WISCONSIN

## INVOICE

NUMBER
Order # 2097

TO: Ms. Samantha Rollins
90 S 7th Street - Ste 2200
Minneapolis, MN 55402

PHONE: (612) 766-7000

FAX:

MAKE CHECK PAYABLE TO:
Susan Armbruster
517 E Wisconsin Ave - Rm 200A
Milwaukee, WI 53202

PHONE: (414) 290-2641

**TRANSCRIPTS**

☐ CRIMINAL ☑ CIVIL

DATE ORDERED: 01/11/2023

DATE DELIVERED:

IN THE MATTER OF (CASE NUMBER AND TITLE)
Case No. 13-CV-885 Koehler, et al v. Infosys

**CHARGES**

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 14-Day | 35 | 4.25 | 148.75 | 35 | 0.90 | 31.50 | | | 0.00 | 180.25 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| 3-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| | |
|---|---|
| For proceedings on (Date): 12/22/22 | |
| **TOTAL** | 180.25 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| ADD AMOUNT OF DEPOSIT | |
| **AMOUNT DUE (OR REFUND)** | 180.25 |

Oral Ruling

**ADDITIONAL INFORMATION**

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER: Susan Armbruster

DATE: 03/01/2023

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment) COURT REPORTER COURT REPORTER SUPERVISOR

## Miller, Kathryn B.

**From:** Susan Armbruster <Susan_Armbruster@wied.uscourts.gov>
**Sent:** Wednesday, March 15, 2023 11:07 AM
**To:** Bradfield, Staci L.
**Subject:** Order # 2097 - Koehler, et al v. Infosys, et al
**Attachments:** 20221222 PP Koehler v. Infosys Technologies - mini.pdf; 20221222 PP Koehler v. Infosys Technologies.pdf

**This Message originated outside your organization.**

---

Good morning,

Attached are the transcripts requested in the above-mentioned order.

Thank you,

*Susan Armbruster, RMR*
Official Court Reporter
U.S. District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue, Room #200A
Milwaukee, WI 53202
414.290.2641